44

*So ordered.*

*Defendants may have 50 pages.*

*Granted 10/21/03*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BROWN, AND<br>JEFFREY MENARD | : NO.: 3:01CV2374 (CFD) |
| v. | |
| TOWN OF STONINGTON, ET AL | : OCTOBER 10, 2003 |

### DEFENDANTS' MOTION FOR PERMISSION TO FILE BRIEF IN EXCESS OF 40 PAGES

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 7, the defendants, **Town of Stonington, David Erskine, Jerry Desmond, Raymond Curioso, John Carr and Michael Peckham**, hereby move for permission to file a brief in support of their motion for summary judgment in excess of 40 pages.

The defendants submit that additional pages are necessary due to the complexity and number of claims involved, and the number of defendants represented by the undersigned counsel. The plaintiffs have asserted the following claims: the defendants deprived them of their rights to freedom of speech, freedom of petition for redress of grievances, freedom from unreasonable arrest, search and seizure, freedom from warrantless arrest, freedom from arrest without probable cause, freedom from the use of unreasonable force by a police officer, freedom from malicious prosecution, and due process of law, in violation of the First, Fourth, Eighth and

ORAL ARGUMENT IS NOT REQUESTED