ATT.
U.S.D.J. Christopher F. Droney

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EDWARD A. BROWN
Name of Plaintiff/Petitioner

v.                                                    Case No. 3:01CV2374(CFD)

Town of Stonington, ET. AL
Name of Defendant/Respondent

FILED
2003 NOV 13 P 12:21
US DISTRICT COURT
HARTFORD CT

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: EDWARD A. BROWN
   Your present mailing address: 4 MARlene DR
   LEDYARD CT 06339
   Telephone number: (860) 464-8153

2. Are you presently employed? YES X  NO ___

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. SELF EMPloyed
   BROWN Construction
   4 MARlene DR  LEDYARD CT 06339
   Weekly earnings: $50.00 - $100.00 wk.

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. _____

(Rev. 1/2/03)

Date last worked: 11-10-03

Weekly earnings: $150.00

5. Approximately how much money have you received in the past twelve months in the form of:

a) salary, wages, commissions, or earned income of any kind? $5000

b) interest, dividends, rents or investments of any kind? 0

c) gifts or inheritances of any kind? 0

6. How much money do you have in any checking or savings account(s)?

Checking: $600.00

Savings: $300.00

Prison account: N/A

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES X   NO ___

If YES, describe the property and state the approximate value: 4 MARlene DR (REAL ESTATE)
90 Chevy S-10 Pick-up $9,000 / 6-30 Box Van $26,000
Chevy "85" $3,500.00

8. How much money do you owe others? 0

For each debt, state the name of the creditor and the amount owed:

| CREDITOR | AMOUNT OWED |
|---|---|
| Soverien Bank 90 Chevy S-10 pick-up | $7,800 |

2

9. List the persons who depend upon you for support, and state your relationship to them.

   Lucy Baker — Fiancé    Marrage Date: Oct — 05

   Nichilous Bailey   Age 10   Lucy Baker's son

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO _X_

    If the answer is YES, please provide the following information for each such person:

    Name: N/A

    Relationship: N/A

    Employer: N/A

    Weekly Earnings: N/A

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. Taxes, food, gas for vehicles, electric bill, water bill, phone bill, Reg. on two vehicles, Real estate taxes, Motor vehicle taxes, truck pnts to bank.

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. Being arrested for no reason, being beat up by police, Dr. Bills, Towing of my vehicle, Searching my vehicle without reason, Intentional emotional Distress. Loss of good Job, wages for three

(Additional space on next page)

3

_____

_____

_____

_____

_____

EFFORTS TO OBTAIN AN ATTORNEY

The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES _X_ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

a) Attorney's name _ATT. Steve Reck_

Date you contacted this attorney _Oct, 28, 2003_

Method of contact (in person, by telephone, etc.) _telephone 860-599--4000_

Reason why attorney was not employed to handle your case _to busy with cases now, involved in a big case, doesn't want case. Refered to Mike Bradley_

b) Attorney's name _Mike Bradley_

Date you contacted this attorney _Oct 28, 2003_

Method of contact (in person, by telephone, etc.) _telephone (860) 886-2806 or 1-877-596-0808_

Reason why attorney was not employed to handle your case _Warren Miller (previous attorney) was to call him and speak with him about case never called, attorney Bradley Refered me to call Barry Ward._

4

c) Attorney's name __BARRY WARD__

Date you contacted this attorney __Nov. 2, 2003__

860 442-2829

Method of contact (in person, by telephone, etc.) __telephone, Dropped file off for him to Review.__

Reason why attorney was not employed to handle your case __Doesn't want case, not interested in case, feels hard case going to court against police.__

15. Explain any other efforts you have made to obtain an attorney to handle your case.
__Called many lawyers, not to many lawyers qualified to handle case, many feel case is going against police, up hill battle! Hard to win cases!__

16. Please provide any other information which supports your application for the court to appoint counsel. __Paid Court costs, Sheriff's fees Loss wages for three years, Counciling fees (DR. Dwaiya) presently (DR-Arron) Conn. Behavioral Health Ass. - Attorney fees w/ paid - Warren Miller/ED Phillips esq.__

17. Do you need a lawyer who speaks a language other than English?
    YES ___ NO _X_

    If you answered YES, what language do you speak? _____

5

If this motion is being filed AFTER the case is opened, the movant is required to serve all opposing parties or their attorneys and a certificate of service is required, showing all parties served and their addresses in accordance with LR5(b). Failure to supply the certificate of service will result in the motion being returned to the movant, unprocessed.

I hereby certify that a copy of the foregoing motion was mailed to:

(List all defendants or counsel for defendants with address and date mailed.)

Jeff Mernards ATT. WARREN MiLLeR & ED Phillips
CeRtified MAil — NOV. 12th 03
1 UNioN PLAZA NEW LoNDoN CT 06330
Town of Stonington ATT. ALexANdRiA. L. Bufford
65 wethersfield Ave.
HARTfoRD, CT. 06114-1190

_Edward Brown_
Original Signature of Movant

(Rev. 1/2/03)

7

Edward A Brown
4 Marlene Drive
Ledyard, CT 06339

## 2002 U.S. INDIVIDUAL INCOME TAX RETURN SUMMARY

| | |
|---|---|
| Adjusted Gross Income | $ 3,808 |
| Taxable Income | $ 0 |
| Total Tax | $ 0 |
| Total Payments | $ 374 |
| Refund | $ 374 |
| Effective Tax Rate | 0.00 % |

### INSTRUCTIONS FOR FILING YOUR RETURN ELECTRONICALLY

If you file electronically, make sure to follow the Electronic Fili[ng] Instructions to complete your tax return.

Come back to TurboTax in 24 to 48 hours to check the status of your return. TurboTax will let you know if your return has been accepted rejected by the IRS.

If the IRS accepts your tax return, TurboTax will walk you through t[he] final steps of electronic filing. It may involve printing and mailin[g] some electronic filing forms. (DO NOT mail a printed copy of your tax to the IRS. They already received an electronic copy of your tax ret[urn].

If your return is rejected due to an error, you have two options. Yo[u can] fix the error and retransmit your return electronically, or you can [mail a] printed copy of your return to the IRS. To mail your printed return, [follow] the mailing instructions below.

### INSTRUCTIONS FOR FILING YOUR RETURN BY MAIL

Your federal Form 1040EZ shows a refund of $374.

Please mail your return to the following IRS address postmarked by Tuesday, April 15, 2003

　　Internal Revenue Service Center
　　Philadelphia, PA 19255-0014

Be sure to sign and date your return and include the proper amount of postage on the envelope.

KEEP THIS PAGE FOR YOUR RECORDS -- DO NOT MAIL.

Edward A Brown
4. Marlene Drive
Ledyard, CT  06339

2002 CONNECTICUT INDIVIDUAL INCOME TAX RETURN SUMMARY

| | |
|---|---|
| Taxable Income | $ 3,808.00 |
| Total Tax | $ 0.00 |
| Total Payments/Credits | $ 119.00 |
| Amount to be Refunded | $ 119.00 |

INSTRUCTIONS FOR ELECTRONICALLY FILING YOUR RETURN

If you are filing your return electronically, make sure you come back to TurboTax in 24 to 48 hours to check the status of your return. You will receive instructions at that time on how to complete the electronic filing process.  Follow those instructions.

IMPORTANT:  DO NOT mail a copy of your tax return to the state taxing authority.  They already received an electronic copy of your tax return.

INSTRUCTIONS FOR MAILING YOUR RETURN (NOT FOR USERS WHO FILE ELECTRONICALLY)

Your Connecticut Form CT-1040 shows a refund of $119.00.

Please mail your return to the following address by April 15, 2003:

DEPARTMENT OF REVENUE SERVICES
P.O. BOX 2976
HARTFORD, CT  06104-2976

Be sure to sign and date your return and include the proper amount of postage on the envelope.

Page 1   KEEP THIS PAGE FOR YOUR RECORDS -- DO NOT MAIL.



