FILED

2003 NOV 26 P 1: 25

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, ET AL | : | NO.: 3:01CV2374 (CFD) |
| v. | : | |
| TOWN OF STONINGTON, ET AL | : | NOVEMBER 26, 2003 |

## LOCAL RULE 56(a)1 STATEMENT

Pursuant to Rule 56(a)1 of the Local Rules of Civil Procedure, the defendants, Town of Stonington, David Erskine, Jerry Desmond, Raymond Curioso, John Carr and Michael Peckham, respectfully submit the following statement of undisputed material facts in support of its Motion for Summary Judgment:

1. The plaintiff, Jeffrey Menard, is a citizen of the United States, residing in Norwich, Connecticut. (Amended Complaint, Count One, ¶2).

2. The defendants, Raymond Curioso, John Car, and Michael Peckham, were duly appointed officers in the Stonington Police Department at the time of the incidents alleged in the amended complaint. (Amended Complaint, Count One, ¶3).

3. The defendant, David Erskine, is the Chief of Police of the Stonington Police Department. (Amended Complaint, Count One, ¶6).

4. The defendant, Jerry Desmond, is the Police Captain of the Stonington Police Department. (Amended Complaint, Count One, ¶7).

5. On June 29, 2001, Officer John Carr was conducting uniformed patrol in the Stonington section of Stonington, Connecticut. (Police Report to the Prosecutor re Edward Brown dated June 30, 2001, attached as **Exhibit A**) (Police Report to the Prosecutor re Jeffrey Menard dated June 30, 2001, attached as **Exhibit B**) (Affidavit of John Carr, attached as **Exhibit D**).

6. Officer Carr was advised by Cheryl Henry that her husband, Phillip Henry, was located on the town dock and requested the police for a problem at the docks. (Police Report re Edward Brown, **Exhibit A**) (Police Report re Jeffrey Menard, **Exhibit B**) (Carr Affidavit, **Exhibit D**).

7. Officers Michael Peckham and John Carr responded to the scene, and upon arrival, spoke with Phillip Henry and Cheryl Henry. (Police Report re Edward Brown, **Exhibit A**) (Police Report re Jeffrey Menard, **Exhibit B**) (Peckham Affidavit, **Exhibit C**) (Carr Affidavit, **Exhibit D**).

8. Phillip Henry reported that he drove to the dock to check on his boat, and upon his arrival, he observed a man standing behind a dumpster near the water who ducked down when he saw Henry. (Police Report re Jeffrey Menard, **Exhibit B**) (Sworn Statement of Phillip A. Henry dated June 29, 2001, attached as **Exhibit E**).

9. The man was later identified as Jeffrey Menard. (Police Report re Jeffrey Menard, **Exhibit B**).

10. Henry pretended not to notice Menard, retrieved a flashlight from his boat, and went back to the dumpster where he observed Menard standing next to a rack of small boats. (Police Report re Jeffrey Menard, **Exhibit B**) (Henry Statement, **Exhibit E**).

11. Henry shined the flashlight at Menard and inquired as to what was going on. Menard responded "Get the fucking light out of my eyes," which Henry refused to do. (Police Report re Jeffrey Menard, **Exhibit B**) (Henry Statement, **Exhibit E**).

12. Menard then proceeded to approach Henry. (Henry Statement, **Exhibit E**) (Deposition of Jeffrey Menard dated May 22, 2003, attached as **Exhibit F**, at p.37-39).

13. Menard reported that his friend, Edward Brown, was doing a test dive. Henry inquired further, and in response, Menard stated that he did not really know what Brown was doing, at which point Henry told his wife to get the police. (Henry Statement, **Exhibit E**) (Menard Deposition, **Exhibit F**, at p.37).

14. Phillip and Cheryl Henry further advised the officers that many fishermen have pots in the water in the area of the docks, and that many of the fishermen, including Henry, have had lobsters stolen in the recent past. (Police Report re Edward Brown, **Exhibit A**) (Peckham Affidavit, **Exhibit C**) (Carr Affidavit, **Exhibit D**).

15. Officers Peckham and Carr, thereafter, approached Menard. Menard and his clothing were wet. Menard stated that he had been in the water. (Police

Report re Jeffrey Menard, **Exhibit B**) (Peckham Affidavit, **Exhibit C**) (Carr Affidavit, **Exhibit D**) (Menard Deposition, **Exhibit F**, at p.32).

16. The subject dock had a clearly posted sign which read, "No Scuba Diving or Swimming at Town Dock." (Police Report re Jeffrey Menard, **Exhibit B**) (Peckham Affidavit, **Exhibit C**) (Carr Affidavit, **Exhibit D**).

17. Menard conceded that he had seen the sign which read no swimming or diving. (Police Report re Jeffrey Menard, **Exhibit B**) (Peckham Affidavit, **Exhibit C**).

18. Menard was arrested and charged with Breach of Peace pursuant to Conn. Gen. Stat. §53a-181, and Criminal Trespass pursuant to Conn. Gen. Stat. §53a-109, and was released on a Promise to Appear. (Police Report re Jeffrey Menard, **Exhibit B**) (Peckham Affidavit, **Exhibit C**).

DEFENDANTS,
TOWN OF STONINGTON, DAVID ERSKINE, JERRY DESMOND, RAYMOND CURIOSO, JOHN CARR AND MICHAEL PECKHAM

By /s/ Beatrice S. Jordan
Beatrice S. Jordan
ct22001
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361
(860) 249-7665 (Fax)
bjordan@hl-law.com

4

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 26th day of November, 2003.

R. Edward Phillips, Esquire
Law Office of Warren Miller
One Union Plaza, 2nd floor
P.O. Box 116
New London, CT  06320

                                            _____
                                            Beatrice S. Jordan