UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, ET AL | : | NO.: 3:01CV2374 (CFD) |
| v. | : | |
| TOWN OF STONINGTON, ET AL | : | NOVEMBER 26, 2003 |

### NOTICE OF MANUAL FILING

Please take notice that defendants, Town of Stonington, David Erskine, Jerry Desmond, Raymond Curioso, John Carr and Michael Peckham, have manually filed the following exhibits to their Motion for Summary Judgment Directed To Edward Brown Dated November 26, 2003:

1. **Exhibit A** - Police Report to the Prosecutor re Edward Brown dated June 30, 2001
2. **Exhibit B** - Police Report to the Prosecutor re Jeffrey Menard dated June 30, 2001
3. **Exhibit C** - Affidavit of Michael Peckham
4. **Exhibit D** - Affidavit of John Carr
5. **Exhibit E** - Sworn Statement of Phillip A. Henry, dated June 29, 2001
6. **Exhibit F** - Jeffrey Menard Deposition
7. **Exhibit G** - Edward Brown Deposition
8. **Exhibit H** - Edward Brown Handwritten Complaint
9. **Exhibit I** - Edward Brown Withdrawal of Complaint

10. **Exhibit J** - Affidavit of David Erskine

11. **Exhibit K** - Affidavit of Jerry Desmond

12. **Exhibit L** - Henry Statement dated July 27, 2001

13. **Exhibit M** - Affidavit of Raymond Curioso

14. **Exhibit N** - Lipka v. Madoule, 2001 Ct. Sup. 17101 (Conn. Super. Ct. Dec. 17, 2001)

15. **Exhibit O** - Mikita v. Barre, 2001 Ct. Sup. 6074 (Conn. Super. Ct. May 21, 2001)

16. **Exhibit P** - Anderson v. City of New London, 1999 Ct. Sup. 2841 (Conn. Super. Ct. March 4, 1999)

17. **Exhibit Q** - Castorina v. Stewart, 1998 Ct. Sup. 9118 (Conn. Super. Ct. June 3, 1998)

18. **Exhibit R** - Elinsky v. Marlene, 1997 Ct. Sup. 11144 (Conn. Super. Ct. October 31, 1997)

19. **Exhibit S** - Edward Brown Conviction Record

20. **Exhibit T** - Aselton v. Town of East Hartford, 2002 Ct. Sup. 15671 (Conn. Super. Ct. Dec. 3, 2002)

21. **Exhibit U** - Bazzano v. City of Hartford, 1999 Ct. Sup. 15385 (Conn. Super. Ct. Nov. 18, 1999)

22. **Exhibit V** - Boudreau v. City of Middletown, 1998 Ct. Sup. 7264 (Conn. Super. Ct. June 9, 1998)

    These documents have not been filed electronically because

[   ]  the document or thing cannot be converted to an electronic format

[ X ]  the electric file size of the document exceeds 1.5 megabytes

[   ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)

[   ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The exhibits have been manually served on all parties.

           Respectfully submitted,

          By_____
           Beatrice S. Jordan
           Howd & Ludorf
           65 Wethersfield Avenue
           Hartford, CT  06114-1190
           (860) 249-1361
           (860) 249-7665 (Fax)
           bjordan@hl-law.com
           ct22001

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Regular Mail, to the following counsel of record this 26th day of November, 2003.

R. Edward Phillips, Esquire
Law Office of Warren Miller
One Union Plaza, 2nd floor
P.O. Box 116
New London, CT  06320

                                                            _____
                                                              Beatrice S. Jordan