```
                                                                    FILED

                                                              2003 DEC -3  P 1:59
              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT                     US DISTRICT COURT
                                                                HARTFORD CT
```

EDWARD BROWN, AND                  :     NO.: 3:01CV2374 (CFD)
JEFFREY MENARD                     :
                                   :
v.                                 :
                                   :
TOWN OF STONINGTON,                :
DAVID ERSKINE, JERRY DESMOND,      :
RAYMOND CURIOSO, JOHN CARR,        :
AND MICHAEL PECKHAM                :     December 1, 2003

### PLAINTIFF'S MOTION TO QUASH THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, FOR AN ENLARGEMENT OF TIME WITHIN THE COURT'S SCHEDULING ORDER

Pursuant to Federal Rules of Civil Procedure 6(b) and 16(b) and Local Rule 9(b), the plaintiffs respectfully move this honorable court to quash the defendants' Motion for Summary Judgment for the following reasons:

1. Counsel for the plaintiff, Edward Brown, has a pending Motion to Withdraw from further representation;

2. The plaintiffs have a pending Motion to Compel discovery responses;

3. Depositions of individual defendants were not taken pending resolution of the Motion to Compel discovery responses and an appearance from new counsel for Edward Brown; and

4. a Motion for Summary Judgment is premature when discovery is incomplete.

1

In the alternative, should the court deny the Motion to Quash, the plaintiffs request and enlargement of the time within the court's Scheduling Order to allow for new counsel for Edward Brown sufficient time in which to prepare. The undersigned counsel was informed by Mr. Brown that he has filed for an attorney to be appointed for him. The court can deny the defendants' Motion for Summary Judgment, without prejudice, and they may re-file their motion after discovery is completed.

The undersigned counsel contacted counsel for the defendants, via telephone on December 1, 2003 and discussed the aforementioned motions. While counsel for the defendants understandably opposes the Motion to Quash, Attorney Jordan does not oppose an enlargement of time within the Scheduling Order to allow new counsel for Edward Brown to prepare.

          THE PLAINTIFFS
          EDWARD BROWN AND
          JEFFREY MENDARD

By: _____
     R. Edward Phillips, Esquire
     One Union Plaza, Second Floor
     New London, CT  06320
     (860) 444-0437
     # CT20999

## CERTIFICATION

This is to certify that a copy of the foregoing was faxed and mailed on

December 1, 2003 to:

Beatrice S. Jordan, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361 7665

Mr. Edward Brown
4 Marlene Drive
Ledyard, CT 06339

_____
R. Edward Phillips, Esquire