FILED

2003 SEP -4 A 11: 5

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDWARD BROWN, ET AL        :        NO.: 3:01CV2374(CFD)

V.                         :

TOWN OF STONINGTON, ET AL  :        September 3, 2003

### MOTION TO WITHDRAW AS ATTORNEY

Attorney R. Edward Phillips asks this court to allow him to withdraw as

attorney for the plaintiff, Edward Brown. There is good cause for this court to

grant the motion to withdraw because there has been a material and irreparable

breakdown in the attorney-client relationship. Pursuant to telephone conferences

with defense counsel, there is no objection to the Motion to Withdraw or the

Motion to Enlarge the Time for Scheduling Orders.

THE PLAINTIFFS
EDWARD BROWN AND
JEFFREY MENDARD

By: _____
R. Edward Phillips, Esquire
One Union Plaza, Second Floor
New London, CT 06320
(860) 444-0437
# CT20999

DENIED, without prejudice to renewal after counsel has filed under seal a memorandum setting forth the reasons for the breakdown in the attorney-client relationship. Counsel is also directed to provide a copy of this order to plaintiff. ordered.

Christopher F. Droney
United States District Judge
12/4/03