UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, ET AL | : | NO.: 3:01CV2374 (CFD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF STONINGTON, ET AL | : | DECEMBER 9, 2003 |

**OBJECTION TO PLAINTIFF'S MOTION TO QUASH THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The defendants, Town of Stonington, David Erskine, Jerry Desmond, Raymond Curioso, John Carr and Michael Peckham, hereby object to the plaintiff's Motion to Quash the Defendants' Motion for Summary Judgment dated December 1, 2003, for the reasons set forth below:

1. While counsel for the plaintiffs argues that the defendants' Motions for Summary Judgment are premature as discovery is not yet complete, the defendants are not required to await the close of discovery prior to filing a motion for summary judgment.

2. On September 5, 2003, plaintiff's counsel filed a Motion to Withdraw Appearance, also in which the parties requested an enlargement of time of ninety days within which to complete discovery and file dispositive motions. Pursuant to said motion the deadline for filing a motion for summary judgment was December 1, 2003.

ORAL ARGUMENT IS NOT REQUESTED

3. The defendants have timely filed their motions in accordance with said deadline.

Accordingly, the defendants respectfully request that the plaintiff's Motion to Quash the Defendants' Motions for Summary Judgment be denied.

          DEFENDANTS,
          TOWN OF STONINGTON, DAVID
          ERSKINE, JERRY DESMOND,
          RAYMOND CURIOSO, JOHN CARR AND
          MICHAEL PECKHAM

          By____/s/_Beatrice S. Jordan____
          Beatrice S. Jordan
          Howd & Ludorf
          65 Wethersfield Avenue
          Hartford, CT  06114-1190
          (860) 249-1361
          (860) 249-7665 (Fax)
          ct22001
          Email: bjordan@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 9th day of December, 2003.

R. Edward Phillips, Esquire
Law Office of Warren Miller
One Union Plaza, 2nd floor
P.O. Box 116
New London, CT  06320

                                                _____/s/ Beatrice S. Jordan_____
                                                Beatrice S. Jordan