UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

EDWARD BROWN, AND                        :        2004 JAN 26  P 1: 36
JEFFREY MENARD                           :
    Plaintiffs,                          :        U.S. DISTRICT COURT
                                         :              HARTFORD, CT.
    v.                                   :        Civ. Action No. 3:01CV2374(CFD)
                                         :
TOWN OF STONINGTON, ET AL                :
                                         :
    Defendant.                           :

## ORDER

On December 5, 2003, the Court denied plaintiff's counsel's motion to withdraw as

attorney without prejudice to renewal after counsel has filed under seal a memorandum setting

forth the reasons for the breakdown in the attorney-client relationship. To date, the Court has not

received an affidavit or any memorandum from Mr. Phillips.

Plaintiff's counsel must file a response indicating that he intends to continue

representation of Mr. Brown or setting forth the reasons for the breakdown in the attorney-client

relationship within ten days of the date of this order.

SO ORDERED this 26th day of January 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE