*So ordered.*

*Denied, without prejudice to renew.*

37

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EDWARD BROWN, AND : NO.: 3:01CV2374 (CFD)
JEFFREY MENARD :
:
v. :
:
TOWN OF STONINGTON, :
ET AL : AUGUST 5, 2003

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY REQUESTS

Pursuant to Federal Rule of Civil Procedure 37 and Local Rule 9, the plaintiffs respectfully move this honorable court to compel the defendants to file responses and make disclosures to the plaintiffs' interrogatories and requests for production dated April 16, 2002.

A memorandum in support of this motion is attached hereto.

THE PLAINTIFFS
EDWARD BROWN AND
JEFFREY MENDARD

By: _____
R. Edward Phillips, Esquire
One Union Plaza, Second Floor
New London, CT 06320
(860) 444-0437
# CT20999

/s/ CFD 3/23/04