UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, ET AL | : | NO.: 3:01CV2374(CFD) |
| | : | |
| V. | : | |
| | : | |
| TOWN OF STONINGTON, ET AL | : | August 10, 2004 |

### MOTION TO WITHDRAW AS ATTORNEY

Attorney R. Edward Phillips asks this court to allow him to withdraw as attorney for the plaintiff, Edward Brown. There is good cause for this court to grant the motion to withdraw because there has been a material and irreparable breakdown in the attorney-client relationship. Pursuant to telephone conferences with defense counsel, there is no objection to the Motion to Withdraw.

THE PLAINTIFFS
EDWARD BROWN AND
JEFFREY MENDARD

By: _____
R. Edward Phillips, Esquire
One Union Plaza, Second Floor
New London, CT  06320
(860) 444-0437
# CT20999

ORDER ON MOTION TO WITHDRAW

After considering R. Edward Phillips' motion to withdraw as attorney for Edward Brown, the Court:

DENIES the motion

FINDS good cause to allow R. Edward Phillips to withdraw as attorney for Edward Brown and GRANTS R. Edward Phillips' motion to withdraw.

SIGNED on _____, 2004.

_____
U. S. DISTRICT JUDGE

APPROVED & ENTRY REQUESTED

_____
R. Edward Phillips, Esq.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on August 10, 2004 to:

Beatrice S. Jordan, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361

Mr. Edward Brown
4 Marlene Drive
Ledyard, CT 06339

---

R. Edward Phillips, Esquire