# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

EDWARD BROWN,
AND JEFFREY MANARD
PLAINTIFFS

v.

TOWN of STONINGTON, ET AL.,
DEFENDANTS

APPEARANCE

**FILED**
2004 AUG 31 P 1:34
U.S. DISTRICT COURT
HARTFORD, CT.

CASE NUMBER: 3:01 CV 2374 (CFD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: Plaintiff

___Aug 31, 2004___
Date

_____
Connecticut Federal Bar Number

_____
Telephone Number

_____
Fax Number

_____
E-mail address

___Edward Brown___ PRO SE
Signature

___EDWARD BROWN___
Print Clearly or Type Name

___4 MARlene DR___
Address

___LEDYARD    CT___
(860) 464-8153   06339

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

EDWARD Phillips, JR.
MILLER & Phillips
ONE UNION PLAZA, 2nd Fl
P.O. Box 116
NEW LONDON CT 06320

ALEXANDRIA L. Voccio / BEATRICE JORAN
Howd & Ludorf                Thomas R.
65 Wethersfield AVE.         GERARDE
Hartford, CT 06114-1190

___Edward Brown___
Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24