Civil Case
# 3:01CV2374(CFD)

Dear Judge Christopher Drone

FILED
2004 AUG 31 P 2: 15
U.S. DISTRICT COURT

I would like to request a hearing on appointment of counsel. I have contacted many attorney's PRO BONO to try and get a attorney for this case. I have paid Attorney Edward Phillips firm money for representation and court, sheriff fees, to pursue this case. I have no money to dish out to futher look to hire another attorney. Barelly getting by in my living situtation. Do to the Stonington Police, I have lost my job as a machinist, being arested name in the paper, publicity in the paper. Was on unemployment for two years trying to make ends meat. Arested for no reason, being harrasted. I would like to move forward and take this to trial.

I ~~can prove that~~ I WAS HARRASED AND INTENTIONALY CAUSED EMOTIONAL DISTRESS. The last MEETING ~~we~~ I had with you EDWARD Phillips had SAID JEFF MERNARD WANTED to withdraw from the CASE, he DID NOT, I called him he SAID NO such thing. JEFF MERNARD (860) 889-0854 — HE lied! That is why I Do NOT TRUST ED Phillips. I was up front with him from the beginning he wants to withdraw from the case because he had told ME he had MET Someone that was scuba diving Down there AND they All ready had SOMEONE who was harrassed by Stonington Police. I took pictures of what the police DID TO ME, Physical Bruises, Doctor Bills, Is the Court bEING FAIR TO ME?

Sincerely
Edward
Brown

Aug 31, 2004