UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, ET AL | : | NO.: 3:01CV2374 (CFD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF STONINGTON, ET AL | : | DECEMBER 6, 2004 |

## **MOTION FOR BOND**

Pursuant to Local Rule 83.3(a) of the United States District Court for the District of Connecticut, the defendants, Town of Stonington, David Erskine, Jerry Desmond, Raymond Curioso, John Carr and Michael Peckham, respectfully move for an order that the plaintiff, Edward Brown, give a cash deposit or bond with sufficient surety in the sum of $500.00, within thirty (30) days from the entry of such order.

        DEFENDANTS,
        TOWN OF STONINGTON, DAVID
        ERSKINE, JERRY DESMOND,
        RAYMOND CURIOSO, JOHN CARR AND
        MICHAEL PECKHAM

By____/s/ Beatrice S. Jordan_____
  Beatrice S. Jordan
  ct22001
  Howd & Ludorf
  65 Wethersfield Avenue
  Hartford, CT  06114-1190
  (860) 249-1361
  (860) 249-7665 (Fax)
  Juris No.:  28228
  bjordan@hl-law.com

ORAL ARGUMENT IS NOT REQUESTED

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via certified mail to Edward Brown, 4 Marlene Drive, Ledyard, CT 06339, and via U.S. Mail, to the following counsel of record this 6th day of December, 2004.

R. Edward Phillips, Esquire
Law Office of Warren Miller
One Union Plaza, 2nd floor
P.O. Box 116
New London, CT  06320

                                              /s/ Beatrice S. Jordan
                                           Beatrice S. Jordan