## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BROWN, ET AL | : CIVIL NO. 3:01CV 2374 (CFD) |
| | : |
| V. | : |
| | : |
| THE TOWN OF STONINGTON, ET AL | : DECEMBER 8, 2004 |

### PLAINTIFF MENARD'S OPPOSITION TO DEFENDANTS' MOTION FOR BOND

The plaintiff Jeffrey Menard asks the court to deny the defendants' Motion for Bond, dated December 6, 2004.  The general rule on costs is that costs <u>follow</u> the event.  The purpose of this rule is to compensate the winning party for the vindication of its position.

While the plaintiff Jeffrey Menard does acknowledge that the Local Rules of Civil Procedure specifically provide an exception to this general rule, another exception is where a "public interest" litigant, such as the plaintiff in this case, proceeds against a public/governmental entity to seek redress of violations of his civil rights.  If the public interest litigant wins, he or she should not be personally out of pocket for acting in the public interest, and if he or she loses, they should not be penalized for either clarifying the law or testing an issue of public interest and importance.

Wherefore the plaintiff Jeffrey Menard asks the court to deny the defendants' Motion for Bond.

                THE PLAINTIFF
                JEFFREY MENARD

By: _____
     R. Edward Phillips, Esquire
     One Union Plaza, Second Floor
     New London, CT  06320
     (860) 444-0437
     # CT20999

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed or electronically delivered on December 8, 2004 to:

Beatrice S. Jordan, Esquire
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT  06114-1190
(860) 249-1361

Mr. Edward Brown
4 Marlene Drive
Ledyard, CT 06339

_____
   R. Edward Phillips, Esquire