UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, ET AL | : | NO.: 3:01CV2374 (CFD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF STONINGTON, ET AL | : | DECEMBER 13, 2004 |

### REPLY TO PLAINTIFF JEFFREY MENARD'S OBJECTION TO MOTION FOR BOND

      The defendants hereby respond to plaintiff Jeffrey Menard's Objection to Motion for Bond dated December 8, 2004, for the reasons more fully set forth herein.

      The plaintiff argues that he defendants' Motion for Bond should be denied as costs follow the event, and where a public interest litigant is involved.  However, the Local Rules explicitly provide that the defendants "are entitled on request to the Clerk to an order to be entered by the Clerk, as of course, for a cash deposition or bond . . . in the sum of $500.00 as security of costs . . . ."  See D. Conn. L. Civ. R. 83.3(a).  Moreover, Local Rule 83.3(b) provides that the Court may modify or waive the requirements of the Rule *only upon a showing of good cause*.  The plaintiff has demonstrated no good cause for a modification or waiver of the Rule.  The fact that the plaintiff seeks to designate himself as a "public interest litigant" does not amount to a showing of good cause required for modification of the Rule.  Accordingly, the plaintiff

has failed to establish a good cause showing as required for modification or waiver of

Local Rule 83.3.

    For the foregoing reasons, the defendants' Motion for Bond dated June 10, 2004 should be granted.

                      DEFENDANTS,
                      TOWN OF STONINGTON, DAVID
                      ERSKINE, JERRY DESMOND,
                      RAYMOND CURIOSO, JOHN CARR AND
                      MICHAEL PECKHAM

                      By____/s/_Beatrice S. Jordan_____
                        Beatrice S. Jordan
                        ct22001
                        Howd & Ludorf
                        65 Wethersfield Avenue
                        Hartford, CT  06114-1190
                        (860) 249-1361
                        (860) 249-7665 (Fax)
                        Juris No.:  28228
                        bjordan@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 13th day of December, 2004.

R. Edward Phillips, Esquire
Law Office of Warren Miller
One Union Plaza, 2nd floor
P.O. Box 116
New London, CT  06320

Edward Brown
4 Marlene Drive
Ledyard, CT 06339

                                                   /s/  Beatrice S. Jordan
                                           Beatrice S. Jordan