71

**FILED**

2004 DEC -9 A 10: 56

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BROWN, ET AL | : CIVIL NO. 3:01CV 2374 (CFD) |
| V. | : |
| THE TOWN OF STONINGTON, ET AL | : DECEMBER 8, 2004 |

Denied. So ordered.  1/16/04

## PLAINTIFF MENARD'S OPPOSITION TO DEFENDANTS' MOTION FOR BOND

The plaintiff Jeffrey Menard asks the court to deny the defendants' Motion for Bond, dated December 6, 2004. The general rule on costs is that costs <u>follow</u> the event. The purpose of this rule is to compensate the winning party for the vindication of its position.

While the plaintiff Jeffrey Menard does acknowledge that the Local Rules of Civil Procedure specifically provide an exception to this general rule, another exception is where a "public interest" litigant, such as the plaintiff in this case, proceeds against a public/governmental entity to seek redress of violations of his civil rights. If the public interest litigant wins, he or she should not be personally out of pocket for acting in the public interest, and if he or she loses, they should not be penalized for either clarifying the law or testing an issue of public interest and importance.

Wherefore the plaintiff Jeffrey Menard asks the court to deny the defendants' Motion for Bond.