UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, ET AL | : | NO.: 3:01CV2374 (CFD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF STONINGTON, ET AL | : | JANUARY 11, 2005 |

## **APPEARANCE**

Please enter the appearance of John J. Radshaw, III, as attorney for defendants, TOWN OF STONINGTON, DAVID ERSKINE, JERRY DESMOND, RAYMOND CURIOSO, JOHN CARR and MICHAEL PECKHAM, in addition to appearances already on file in the above-captioned matter.

                      DEFENDANTS,
                      TOWN OF STONINGTON, DAVID
                      ERSKINE, JERRY DESMOND,
                      RAYMOND CURIOSO, JOHN CARR AND
                      MICHAEL PECKHAM

                      By/s/John J. Radshaw, III
                        John J. Radshaw, III
                        ct19882
                        Howd & Ludorf, LLC
                        65 Wethersfield Avenue
                        Hartford, CT  06114-1190
                        (860) 249-1361
                        (860) 249-7665 (Fax)
                        E-mail:  jradshaw@hl-law.com

## **CERTIFICATION**

   This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail, to the following counsel of record this 11th day of January, 2005.

R. Edward Phillips, Esquire
Law Office of Warren Miller
One Union Plaza, 2nd floor
P.O. Box 116
New London, CT  06320

Edward Brown
4 Marlene Drive
Ledyard, CT 06339

            /s/John J. Radshaw, III
            John J. Radshaw, III