UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, ET AL | : | NO.: 3:01CV2374 (CFD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF STONINGTON, ET AL | : | JANUARY 19, 2005 |

**DEFENDANTS'**
**MOTION TO MODIFY SCHEDULING ORDER**

The defendants, TOWN OF STONINGTON, DAVID ERSKINE, JERRY DESMOND, RAYMOND CURIOSO, JOHN CARR, and MICHAEL PECKHAM hereby move for a modification of the scheduling order as set forth below. The modification of the scheduling order is necessary for the plaintiff to conduct additional discovery insofar as his counsel has withdrawn from representing him and he has not been able to obtain counsel on his own and to allow for a renewal of the defendants' dispositive motion.

The defendants move that the scheduling order is modified as follows:

1.  Completion of discovery    -    March 15, 2005;

2.  Dispositive motions    -    April 18, 2005;

3.  Joint trial memorandum    -    May 16, 2005 or sixty (60) days after the decision on any dispositive motion; and

4.  Trial ready    -    June 2005.

Counsel for the defendants has contacted the plaintiff *pro se*, EDWARD BROWN, who does not agree with these dates. Plaintiff BROWN has not retained an

attorney, does not know how long it will take to retain an attorney and cannot agree to any modifications until he has retained an attorney.

Counsel for the defendant spoke with Attorney Phillips, counsel for plaintiff JEFFERY MENARD who has authorized the undersigned to represent that MENARD has settled with the defendants and will file a stipulation for dismissal of his claims shortly

WHEREFORE, the defendants pray that their motion is granted.

>THE DEFENDANTS,
>TOWN OF STONINGTON, DAVID ERSKINE, JERRY DESMOND, RAYMOND CURIOSO, JOHN CARR AND MICHAEL PECKHAM
>
>/s/John J. Radshaw, III
>John J. Radshaw, III, ct19882
>HOWD & LUDORF, LLC
>65 Wethersfield Avenue
>Hartford, CT 06114-1190
>(860) 249-1361
>(860) 249-7665 (Fax)
>jradshaw@hl-law.com

## **C E R T I F I C A T I O N**

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U. S. Mail, to the following *pro se* parties and counsel of record this 19th day of January, 2005.

R. Edward Phillips, Esquire
Law Office of Warren Miller
One Union Plaza, 2nd floor
P.O. Box 116
New London, CT 06320

Edward Brown
4 Marlene Drive
Ledyard, CT 06339

>/s/John J. Radshaw, III
>John J. Radshaw, III

2