UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, ET AL | : | NO.: 3:01CV2374 (CFD) |
| v. | : | |
| TOWN OF STONINGTON, ET AL | : | February 25, 2005 |

**STIPULATION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41, the plaintiff, JEFFERY MENARD, hereby stipulates for dismissal as to all of his claims against the defendants, TOWN OF STONINGTON, DAVID ERSKINE, JERRY DESMOND, RAYMOND CURIOSO, JOHN CARR and MICHAEL PECKHAM, with prejudice and without costs.

                    THE PLAINTIFF,
                    JEFFREY MENARD

_____
R. Edward Phillips, ct 20999
Miller & Phillips, LLC
One Union Plaza, 2nd floor
P.O. Box 116
New London, CT  06320
(860) 444-0437
(860) 443-1354 (fax)

## **C E R T I F I C A T I O N**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U. S. Mail, to the following *pro se* parties and counsel of record this 5th day of February, 2005.

| | |
|---|---|
| John J. Radshaw, III<br>HOWD & LUDORF, LLC<br>65 Wethersfield Avenue<br>Hartford, CT  06114-1190 | Edward Brown<br>4 Marlene Drive<br>Ledyard, CT 06339 |

_____
R. Edward Phillips