# REPORT TO PROSECUTOR

**Stonington Police Department**
166 South Broad Street, Pawcatuck, CT 06379
599-4411

Incident: I0108541
Arrest: A0100353
Master Card: M9805150

**COPY**

| DATE OF OFFENSE | P.D. CASE NO. | PLACE OF OFFENSE (Specific location and Town) |
|---|---|---|
| 06/29/2001 | A0100353 | NORTHWEST STREET |

| DATE AND TIME OF ARREST | PLACE OF ARREST (Specific Location and Town) |
|---|---|
| 06/29/2001 11:05 P.M. | NORTHWEST STREET |

| NAME OF ACCUSED (Last) (First) (Middle) | DATE OF BIRTH | HAS PREVIOUS RE |
|---|---|---|
| BROWN, EDWARD ANDREW | 02/19/1969 | ☐ YES  ☒ NO |

ADDRESS (No.) (Street) (Town) (State) (Zip Code)
4 MARLENE DRIVE, LEDYARD, CT 06339

**CHARGES:**
1. BREACH OF PEACE [53A-181]
2. CRIMINAL TRESPASS 3RD [53A-109]
3. INTERFERING WITH AN OFFICER [53A-167A]
4. ILLEGAL POSSESSION - MARIJUANA [21A-279()]
5. USE AND POSSESSION OF DRUG PARAPHERNALIA [21A-267]
6. 15-135(A) SCUBA DIVING W/O FLAG [****]

CIRMA RECEIVED DEC 20 2001

**WITNESSES:**

| NAME (Last, First, Middle) | ADDRESS (No., Street, Town, State, Zip Code) |
|---|---|
| 1. HENRY, PHILIP A | 31 SOUTH BROAD STREET, PAWCATUCK, CT 0637 |
| 2. HENRY, CHERYL L. | 31 SOUTH BROAD, PAWCATUCK, CA |
| 3. | |

**CIRCUMSTANCES OF ARREST**

6-29-01 at 2308 this officer was assigned to uniformed patrol in the Stonington section of Stonington, CT. This officer was advised by Cheryl Henry who was clearly alarmed and upset. Cheryl said that her husband was located on the town dock and requesting the police for an unknown problem. This officer and Officer Carr responded to the area and upon arrival met with Phillip Henry. Phillip said that he had observed a subject ducking behind a dumpster and when he approach the subject with a flash light the subject, later identified as Jeffery Menard said "get that fuckin' flashlight out of my face" and came at him. Menard was charged with Breach of Peace 53a-181 and Criminal Trespass 53a-109 see Menard prosecutors report for further detail. This officer and officer Carr made contact with Menard and he told us that his friend Edward A. Brown DOB 2-19-69 (hereinafter referred to as the accused), was in the water conducting a

COMPANION CASE(S), IF ANY
A0100352 (MENARD, JEFFERY ALAN)

SWORN AND SUBSCRIBED BY ME THIS 30 DAY OF June 01

NOTARIZED

SIGNED (Arresting Officer)
OFF. MICHAEL PECKHAM
IDENTIFICATION NO. 18  PECK

File Copy  (Pg 1 of 4)

| POLICE REPORT TO THE PROSECUTOR | Stonington Police Department 166 South Broad Street, Pawcatuck, CT 06379 599-4411 | Incident: I0108541 Arrest: A0100353 Master Card: M9805150 |
|---|---|---|

COPY

| DATE OF OFFENSE 06/29/2001 | P.D. CASE NO. A0100353 | PLACE OF OFFENSE (Specific location and Town) NORTHWEST STREET |
|---|---|---|
| DATE AND TIME OF ARREST 06/29/2001  11:05 P.M. | PLACE OF ARREST (Specific Location and Town) NORTHWEST STREET | |

| NAME OF ACCUSED (Last) BROWN, | (First) EDWARD | (Middle) ANDREW | DATE OF BIRTH 02/19/1969 | HAS PREVIOUS RE ☐ YES  ☒ NO |
|---|---|---|---|---|
| ADDRESS (No.) (Street) 4 MARLENE DRIVE, | | (Town) LEDYARD, | (State) CT | (Zip Code) 06339 |

CIRCUMSTANCES OF ARREST (CONTINUED)

test dive and he was there to watch. Menard later admitted that the accused told him he was diving for lobster but that the accused told him he had the proper paper work. This officer and officer Carr then observed a subject in dive gear in the water later identified as the accused. The accused was located approximately 25 yard off shore. This officer walked around to the retaining wall portion of the dock and was about 10 feet from the accused. The accused was told to exit the water and bring the large bag that this officer could see. The accused then began to shout at this officer in the presence of Phillip and Cheryl Henry. The accused shouted "Fuck you, you can't do shit to me" This officer observed the accused emptying lobsters out of the bag. The accused was told to stop emptying the bag and exit the water on several occasions by this officer and the accused again said "fuck you, I have done nothing wrong". This officer told the accused he was going to be arrested and the accused continued to empty the bag. Once the accused emptied the bag, he exited the water the accused was then walked away from the beach to his truck. The truck was CT commercial registration J14115 a black Chevrolet S-10 2000 registered to the accused. The accused opened his truck and presented his lobster license which was CT fish 71290 expiration 7-7-01. The accused said that he had gages for checking the lobster. When the accused had exited the water the accused had no gages on any of his equipment. The accused said he was using a gage on his flashlight. This

SWORN AND SUBSCRIBED BY ME THIS 30 DAY OF June 04

NOTARIZED

SIGNED (Arresting Officer)
OFF. MICHAEL PECKHAM

IDENTIFICATION NO. 18   PECK

File Copy   (Pg 2 of 4)

| POLICE REPORT TO THE PROSECUTOR | Stonington Police Department 166 South Broad Street, Pawcatuck, CT 06379 599-4411 | Incident: I0108541 Arrest: A0100353 Master Card: M9805150 |
|---|---|---|

| DATE OF OFFENSE | P.D.CASE NO. | PLACE OF OFFENSE (Specific location and Town) |
|---|---|---|
| 06/29/2001 | A0100353 | NORTHWEST STREET |
| DATE AND TIME OF ARREST | | PLACE OF ARREST (Specific Location and Town) |
| 06/29/2001 11:05 P.M. | | NORTHWEST STREET |

COPY

| NAME OF ACCUSED (Last) | (First) | (Middle) | DATE OF BIRTH | HAS PREVIOUS RE |
|---|---|---|---|---|
| BROWN, EDWARD ANDREW | | | 02/19/1969 | ☐ YES ☒ NO |
| ADDRESS (No.) (Street) | | (Town) | (State) | (Zip Code) |
| 4 MARLENE DRIVE, LEDYARD, CT 06339 | | | | |

CIRCUMSTANCES OF ARREST (CONTINUED)

officer checked the accused's light and there was no gate present. The accused was placed under arrest, handcuffed to the rear double-locked, a short time later. The accused's vehicle was searched upon incident to his arrest and located in the ash tray of the vehicle was a metal smoking device with resin, and a bag of greenish-brown plant like material. During the search of the accused's vehicle he had two gages in his truck both gages where located underneath many items of clothing and other scattered items in the cab of the truck. The diving flag was also located in the front seat of the accused's vehicle upon our arrival. The area where the accused was diving was clearly marked with a sign which read "No Swimming or Diving". The accused requested that a local towing service tow his vehicle from the lot and a rotation wrecker was provided. Brown's Auto out of Pawcatuck Ct. towed the accused's vehicle. Off. Carr prepared a written statement given to him by Phillip Henry and a copy is attached to this report. This officer spoke with Cheryl Henry and she perceived the same recollection of events as Phillip. Phillip and Cheryl advised this officer that many of the fisherman have pots in the water in the area of the docks, and that many of the fisherman including himself have had lobsters stolen from the pots in the recent past. The accused was transported to HQ and booked. The accused was charged with Breach of Peace 53a-181, Interfering with an officer 53a-167(a), Possession of Marijuana 21a-279(c), Possession

SWORN AND SUBSCRIBED BY ME THIS 30 DAY OF June of
NOTARIZED

SIGNED (Arresting Officer)
OFF. MICHAEL PECKHAM
IDENTIFICATION NO. 18   PECK
File Copy (Pg 3 of 4)

| POLICE REPORT TO THE PROSECUTOR | Stonington Police Department<br>166 South Broad Street, Pawcatuck, CT 06379<br>599-4411 | Incident: I0108541<br>Arrest: A0100353<br>Master Card: M9805150 |
|---|---|---|

**COPY**

| DATE OF OFFENSE | P.D.CASE NO. | PLACE OF OFFENSE (Specific location and Town) |
|---|---|---|
| 06/29/2001 | A0100353 | NORTHWEST STREET |

| DATE AND TIME OF ARREST | PLACE OF ARREST (Specific Location and Town) |
|---|---|
| 06/29/2001  11:05 P.M. | NORTHWEST STREET |

| NAME OF ACCUSED (Last) (First) (Middle) | DATE OF BIRTH | HAS PREVIOUS RE |
|---|---|---|
| BROWN, EDWARD ANDREW | 02/19/1969 | ☐ YES  ☒ NO |

| ADDRESS (No.) (Street) (Town) (State) (Zip Code) |
|---|
| 4 MARLENE DRIVE, LEDYARD, CT 06339 |

**CIRCUMSTANCES OF ARREST (CONTINUED)**

of drug paraphernalia 21a-267, and scuba diving with out the proper flag 15-135(a). This officer property controlled the narcotics previously described. This officer subjected a small portion of the greenish-brown plant like material from the bag, to a Duquenois-Levine Reagent field test and observed a positive reaction indicative of the presumptive presence of Marijuana. This officer has used such field tests in the past and has had his findings verified by the state toxicology lab. The accused was issued a court date of 7-12-01 and released on a $1000 non surety bond.

SWORN AND SUBSCRIBED BY ME THIS 30 DAY OF June 01

NOTARIZED

SIGNED (Arresting Officer)
OFF. MICHAEL PECKHAM
IDENTIFICATION NO. PECK

File Copy   (Pg 4 of 4)