POLICE REPORT TO THE PROSECUTOR

**Stonington Police Department**
166 South Broad Street, Pawcatuck, CT 06379
599-4411

Incident: I0108541
Arrest: A0100352
Master Card: M0103148

COPY

| DATE OF OFFENSE | P.D.CASE NO. | PLACE OF OFFENSE (Specific location and Town) | | |
|---|---|---|---|---|
| 06/29/2001 | A0100352 | NORTHWEST STREET | | |
| DATE AND TIME OF ARREST | PLACE OF ARREST (Specific Location and Town) | | | |
| 06/29/2001 11:08 P.M. | NORTHWEST STREET | | | |
| NAME OF ACCUSED (Last) | (First) | (Middle) | DATE OF BIRTH | HAS PREVIOUS RE [ ] YES [X] NO |
| MENARD, JEFFERY ALAN | | | 02/02/1961 | |
| ADDRESS (No.) (Street) | (Town) | (State) | (Zip Code) | |
| 35 GARDEN ST, NORWICH, CT 06360 | | | | |

CHARGES:
1. BREACH OF PEACE [53A-181]
2. CRIMINAL TRESPASS 3RD [53A-109]
3.
4.
5.
6.

| WITNESSES NAME (Last, First, Middle) | ADDRESS (No., Street, Town, State, Zip Code) |
|---|---|
| 1. HENRY, PHILIP A | 31 SOUTH BROAD STREET, PAWCATUCK, CT 0637 |
| 2. HENRY, CHERYL L. | 31 SOUTH BROAD, PAWCATUCK, CA |
| 3. | |

CIRCUMSTANCES OF ARREST

On 6-29-01 at 2308 this officer was assigned to uniformed patrol in the Stonington section of Stonington, Ct. This officer was advised by Cheryl Henry who was clearly alarmed and upset. Cheryl said that her husband was located on the town dock and requesting the police for an unknown problem. This officer and Officer Carr responded to the area and upon arrival met with Phillip Henry. Phillip told us that he had arrived at the town dock to check on his boat. Phillip said that as he drove in he observed a subject standing behind the dumpster near the water. Phillip said that when the subject saw him he hid behind the dumpster. Phillip said that he pretended not to see him and returned to his boat to retrieve a flashlight. Phillip said that he told his wife to wait by the car. Phillip said that he returned to the dumpster and saw the same subject standing by the dumpster by the rack of small boats. Phillip said that he shined his light at the

COMPANION CASE(S), IF ANY
A0100353 (BROWN, EDWARD ANDREW)

SWORN AND SUBSCRIBED BY ME THIS 30 DAY OF June 01

NOTARIZED

SIGNED (Arresting Officer)
OFF. MICHAEL PECKHAM
IDENTIFICATION NO. 15  PECK

File Copy (Pg 1 of 3)

POLICE REPORT TO THE PROSECUTOR

Stonington Police Department
166 South Broad Street, Pawcatuck, CT 06379
599-4411

Incident: I0108541
Arrest: A0100352
Master Card: M0103148

| DATE OF OFFENSE | P.D. CASE NO. | PLACE OF OFFENSE (Specific location and Town) |
|---|---|---|
| 06/29/2001 | A0100352 | NORTHWEST STREET |

| DATE AND TIME OF ARREST | PLACE OF ARREST (Specific Location and Town) |
|---|---|
| 06/29/2001 11:08 P.M. | NORTHWEST STREET |

| NAME OF ACCUSED (Last) (First) (Middle) | DATE OF BIRTH | HAS PREVIOUS RE |
|---|---|---|
| MENARD, JEFFERY ALAN | 02/02/1961 | ☐ YES  ☒ NO |

| ADDRESS (No.) (Street) (Town) (State) (Zip Code) |
|---|
| 35 GARDEN ST, NORWICH, CT 06360 |

CIRCUMSTANCES OF ARREST (CONTINUED)

subject and asked him what was going on and the subject, later identified as Jeffery A Menard DOB 2-2-61 (hereinafter referred to as the accused), responded "get the fuckin' light out of my eyes". Phillip said to the accused "it is not going to happen", and Phillip said that the accused then began to walk toward him. Phillip told the accused " that is the worst thing that could happen". The accused said to Phillip "What's the matter, people not friendly here?" Phillip said "not when you are diving illegally." The accused told Phillip that his buddy was making a test dive. Phillip asked further about the test dive and the accused said he did not really know what he was doing in the water. Phillip said he yelled for his wife to call the police. This officer and officer Carr arrived on scene and made contact with the accused. The accused and his clothing were both wet and the accused said that he had been swimming in the water. The accused said that he had gone to watch his friend Edward Brown conduct a test Dive. The accused later admitted that Brown was diving for lobster and that Brown told him that he had the proper permits for lobster. The accused said that he had seen the posted signs which read no swimming or diving. Located on the dock was a clearly posted sign which read "No Diving or Swimming". This officer believes the accused was a lookout for Brown who was believed to be taking lobsters from the traps of the fishing boats docked at the town dock. Brown was arrested and charged with 53a-109

SWORN AND SUBSCRIBED BY ME THIS 30 DAY OF June 01

NOTARIZED

SIGNED (Arresting Officer)
OFF. MICHAEL PECKHAM

IDENTIFICATION NO.   PECK

File Copy   (Pg 2 of 3)

| POLICE REPORT TO THE PROSECUTOR | Stonington Police Department<br>166 South Broad Street, Pawcatuck, CT 06379<br>599-4411 | Incident: I0108541<br>Arrest: A0100352<br>MasterCard: M0103148 |
|---|---|---|

| DATE OF OFFENSE | P.D. CASE NO. | PLACE OF OFFENSE (Specific location and Town) |
|---|---|---|
| 06/29/2001 | A0100352 | NORTHWEST STREET |

| DATE AND TIME OF ARREST | PLACE OF ARREST (Specific Location and Town) |
|---|---|
| 06/29/2001  11:08 P.M. | NORTHWEST STREET |

| NAME OF ACCUSED (Last) (First) (Middle) | DATE OF BIRTH | HAS PREVIOUS RE |
|---|---|---|
| MENARD, JEFFERY ALAN | 02/02/1961 | ☐ YES   ☒ NO |

| ADDRESS (No.) (Street) (Town) (State) (Zip Code) |
|---|
| 35 GARDEN ST, NORWICH, CT 06360 |

CIRCUMSTANCES OF ARREST (CONTINUED)

Criminal Trespass third degree, 53a-181 Breach of Peace, 53a-167 interfering with an officer, 21a-279(c) Possession of Marijuana, 21a-267 Possession of Drug paraphernalia. and 15-135a scuba diving without a flag see prosecutors report for further detail regarding the arrest of Brown. The accused was handcuffed to the rear double-locked and transported to HQ the accused was booked and charged with Criminal Trespass 3rd (53a-109) and Breach of Peace (53a-181). The accused was released on a PTA.

SWORN AND SUBSCRIBED BY ME THIS 30 DAY OF June 01

NOTARIZED

SIGNED (Arresting Officer)
OFF. MICHAEL PECKHAM
IDENTIFICATION NO.   PECK

File Copy   (Pg 3 of 3)

COPY