UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BROWN, AND<br>JEFFREY MENARD | :  NO.: 3:01CV2374 (CFD)<br>:<br>: |
| v. | :<br>: |
| TOWN OF STONINGTON, ET AL | :<br>: |

## AFFIDAVIT

I, Michael Peckham, having been duly sworn, do hereby depose and say:

1. That I am over eighteen years of age;

2. That I believe in the obligation of an oath;

3. That I am a police officer of the Stonington Police Department;

4. On June 29, 2001, I was conducting uniformed patrol in the Stonington section of Stonington, Connecticut;

5. I was advised by Cheryl Henry that her husband, Phillip Henry, was located on the town dock and requested the police for a problem at the docks;

6. I responded to the scene along with Officer Carr, and upon arrival, spoke with Phillip Henry;

7. Phillip Henry reported that he drove to the dock to check on his boat, and upon his arrival, he observed a man, later identified as Jeffrey Menard, standing behind a dumpster near the water who ducked down when he saw Henry;

8. Phillip Henry further stated that he pretended not to notice Menard, retrieved a flashlight from his boat, and went back to the dumpster where he observed Menard standing next to a rack of small boats;

9. Henry further stated that he shined the flashlight at Menard and inquired as to what was going on, and Menard responded "Get the fucking light out of my eyes," which Henry refused to do;

10. Henry further stated that Menard then proceeded to approach him;

11. Henry further stated that Menard reported that his friend, Edward Brown, was doing a test dive; when Henry inquired further, Menard stated that he did not really know what Brown was doing, at which point Henry told his wife to get the police;

12. Phillip and Cheryl Henry further advised myself and Officer Carr that many fisherman have pots in the water in the area of the docks, and that many of the fisherman, including Henry, have had lobsters stolen in the recent past;

13. I then approached Menard, at which time I observed that both Menard and his clothing were wet;

14. The subject dock had a clearly posted sign which read, "No Scuba Diving or Swimming at Town Dock";

15. Upon inquiry, Menard stated that he had been in the water, and conceded that he had seen the sign which read no swimming or diving;

16. Menard was handcuffed and placed him in the rear of the police cruiser;

17. I then observed Edward Brown in dive gear in the water near the retaining wall located adjacent to the dock;

18. I walked over to the retaining wall portion of the dock and was about ten (10) feet away from Brown;

19. Officer Carr and I both instructed Brown to exit the water and bring with him the large bag he was carrying;

20. Brown began to shout, stating, "Fuck you, you can't do shit to me";

21. Brown then proceeded to empty lobsters out of the bag he was carrying;

22. Officer Carr and I both instructed Brown to stop emptying the bag and exit the water numerous times; Brown responded, "Fuck you, I have done nothing wrong";

23. I informed Brown that he was going to be arrested, however, Brown continued to empty the bag and did not exit the water as instructed;

24. Once Brown had completely emptied the bag of lobsters, he exited the water;

25. Brown tripped and fell in the sandy launch area as he exited the water;

26. Brown opened his truck and presented his lobster license;

27. Brown was placed under arrest and handcuffed;

28. Brown's vehicle was searched upon incident to his arrest, at which time a metal smoking device with resin was located in the ashtray of the vehicle, along with a

bag of greenish-brown plant like material; a dive flag was also located in the front seat of the vehicle;

29. Following the arrests, I subjected a small portion of the greenish-brown plant like material from the bag to a Duquenois-Levine field test and observed a positive reaction indicative of the presumptive presence of Marijuana;

30. I did not strike Brown at any time while he was in my presence;

31. At no time during my presence on the scene, did I observe any officer strike Brown.

Dated at Ledyard, Connecticut, this 24th day of November 2003.

_____
Michael Peckham

STATE OF CONNECTICUT  )
                      ) ss:
COUNTY OF New London  )

Subscribed and sworn to before me this 24th day of November, 2003.

_____
MARGARET K. TOURVILLE
NOTARY PUBLIC
MY COMMISSION EXPIRES FEB. 28, 2007

Commissioner of the Superior Court
Notary Public
My commission expires:

4