UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BROWN, AND<br>JEFFREY MENARD | :    NO.: 3:01CV2374 (CFD) |
| v. | |
| TOWN OF STONINGTON, ET AL | |

## AFFIDAVIT

I, John Carr, having been duly sworn, do hereby depose and say:

1. That I am over eighteen years of age;

2. That I believe in the obligation of an oath;

3. That I am a police officer of the Stonington Police Department;

4. On June 29, 2001, I was conducting uniformed patrol in the Stonington section of Stonington, Connecticut;

5. I responded to a report by Cheryl Henry that her husband, Phillip Henry, was located on the town dock and requested the police for a problem at the docks;

6. I responded to the scene along with Officer Peckham, and upon arrival, we spoke with Phillip Henry;

7. Phillip Henry reported that he drove to the dock to check on his boat, and upon his arrival, he observed a man, later identified as Jeffrey Menard, standing behind a dumpster near the water who ducked down when he saw Henry;

8. Phillip Henry further stated that he pretended not to notice Menard, retrieved a flashlight from his boat, and went back to the dumpster where he observed Menard standing next to a rack of small boats;

9. Henry further stated that he shined the flashlight at Menard and inquired as to what was going on, and Menard responded "Get the fucking light out of my eyes," which Henry refused to do;

10. Henry further stated that Menard then proceeded to approach him;

11. Henry further stated that Menard reported that his friend, Edward Brown, was doing a test dive; when Henry inquired further, Menard stated that he did not really know what Brown was doing, at which point Henry told his wife to get the police;

12. Phillip and Cheryl Henry further advised myself and Officer Peckham that many fisherman have pots in the water in the area of the docks, and that many of the fisherman, including Henry, have had lobsters stolen in the recent past;

13. Officer Peckham and I then approached Menard;

14. The subject dock had a clearly posted sign which read, "No Scuba Diving or Swimming at Town Dock";

15. Officer Peckham and I then proceeded towards the water;

16. I walked over to the sandy launch area of the dock;

17. I then observed Edward Brown in dive gear in the water near the retaining wall located adjacent to the dock;

18. Officer Peckham and I both instructed Brown to exit the water and bring with him the large bag he was carrying;

19. Brown began to shout, stating, "Fuck you, you can't do shit to me";

20. Brown refused to come out of the water, and I could observe him making movements in which it was clear to me that he was emptying lobsters out of the bag he was carrying;

21. Officer Peckham and I both instructed Brown to stop emptying the bag and exit the water numerous times; Brown responded, "Fuck you, I have done nothing wrong";

22. Officer Peckham advised Brown that he was going to be arrested, however, Brown continued to empty the bag and did not exit the water as instructed;

23. Once Brown had completely emptied the bag of lobsters, he exited the water;

24. As Brown exited the water, I took him by the arm and escorted him off the sandy launch area of the dock;

25. Brown tripped and fell in the sandy launch area as he exited the water;

26. I escorted Brown away from the sandy launch area up to a police cruiser which was parked in the parking lot;

27. I then requested that Brown remove his dive jacket, and he complied;

28. I then proceeded to remove a dive knife which was strapped to Brown's calf;

29. Brown was then placed against the police cruiser with his hands on the hood of the vehicle so that he could be handcuffed;

30. I then left the scene as my shift had ended;

31. I did not strike Brown at any time while I escorted Brown to the police cruiser, or while he was in my presence;

32. At no time during my presence on the scene, did I observe any officer strike Brown.

Dated at Stonington, Connecticut, this 24th day of November, 2003.

John Carr

STATE OF CONNECTICUT )
                     ) ss:
COUNTY OF New London )

Subscribed and sworn to before me this 24th day of November, 2003.

Margaret K. Tourville
~~Commissioner of the Superior Court~~
Notary Public
My commission expires: 2/28/07

4