**VOLUNTARY STATEMENT**

DATE June 29, 2001   TIME 2227   PLACE Stonington Town Dock

I, Phillip A. Henry, am 43 years of age, born at Westerly, RI on July 3, 1957 and my address is 57 Griswold St., Pawcatuck, Ct

do hereby make the following statement to Off. John C. Carr having first identified him self as a Stonington Police Officer knowing that I may have an attorney in my behalf present and that I do not have to make any statement nor incriminate myself in any manner. I make this statement voluntarily, of my own free will, knowing that such statement could later be used against me in any court of law, and I declare that this statement is made without any threat, coercion, offer or benefit, favor or offer of favor, leniency or offer of leniency by any person or persons whomsoever.

I have a lobster boat docked at the Stonington Town Dock. Tonight, my wife and I drove P.A.H. to the dock to check the boat. When we pulled in, I saw a guy standing behind the dumpster near the water. When he saw me, he ducked behind the dumpster. I pretended not to see him, and went down to the boat. I grabbed a flashlight, and whispered to my wife to stay in the car. I came back to the dumpster and saw the guy standing next to a rack of small boats behind it. I shined my light at the guy and asked him what was going on. He said, "Get the fuckin' light outta my eyes." I told him, it's not gonna happen, and then he started walking towards me I told him that's the worst thing that could happen. He said, "What's the matter, people not friendly here?" I said, "Not when you're P.A.H. diving illegally." He said that his buddy was in the water doing a test dive I said "C'mon buddy, a test dive at night?" He said, "Look buddy I really don't know what he's doing in there... He's doin' whatever he's doin..." I yelled for my wife to come over,

SWORN AND SUBSCRIBED BEFORE ME
THIS 29th DAY OF June, 19 2001

Signature of Person Giving Voluntary Statement: Philip A Henry

**NOTARIZED**

and told her to go get the police. You guys showed up a little while later, and I was on top of the dock retaining wall. I heard you guys yelling to the guy to get out of the water. The guy came up, and I shined my light on the guy. I saw that he had a bag, and he held it up. I could see that the bag was fully expanded, and then he lowered it back into the water. I started to have words with the guy, and you told me to step back so I did.

P.A.H.   P.A.H.   P.A.H.   P.A.H.   P.A.H.

I have read (or have had read to me) this statement consisting of __2__ page(s), and it is true to the best of my knowledge. This statement was completed at 2252 M., on the 29th day of June, 19 2001.

Witness: _____

Signature of person giving voluntary statement: Philip A. Henry