1

```
 1              UNITED STATES DISTRICT COURT

 2                 DISTRICT OF CONNECTICUT

 3   EDWARD BROWN, AND              NO.:  3:01CV2374 (CFD)
     JEFFREY MENARD
 4
                Plaintiffs
 5   VS.

 6   TOWN OF STONINGTON, ET AL

 7           Defendants            MAY 22, 2003

 8

 9            DEPOSITION OF JEFFREY MENARD

10

11   APPEARANCES:

12        For the Plaintiffs:

13           LAW OFFICE OF WARREN MILLER
                One Union Plaza, 2nd Floor
14              P.O. Box 116
                New London, CT  06320
15           BY: R. EDWARD PHILLIPS, ESQUIRE
                860/444-0437
16

17        For the Defendants:

18           HOWD & LUDORF
                65 Wethersfield Avenue
19              Hartford, CT  06114-1190
             BY: BEATRICE S. JORDAN, ESQUIRE
20              860/249-1361

21

22

23

24              HEATHER J. WALSH
           LICENSED SHORTHAND REPORTER
25            Lic./Reg. No. 00226
```

NIZIANKIEWICZ & MILLER

1  look like?

2  A    Like some round thing with a pole on it with a
3  flag up top.  The small one's the same thing.

4  Q    What color were the flags?

5  A    I believe they had a red top.  I can't -- I don't
6  really recall.  I don't really remember exactly.

7  Q    Do you recall if Ed had any type of bag or any
8  other equipment with him?

9  A    He had his lobster bag with him and a measuring
10 piece for his lobsters.

11 Q    And what happened after you had gotten yourself
12 seated at the wall and Ed got to the beach?

13 A    He got suited up for the dive, and he went in.  I
14 walked into the water, up to my -- about my waist.  The
15 water was murky, so I got out of there just to cool off,
16 then I went back and sat on the wall.

17 Q    Now, you indicated that Ed changed, he suited up
18 for his dive.  Had you changed at all?

19 A    Took my shirt off.  I was in my shorts.

20 Q    Okay.  So when you indicated that you went into
21 the water, waist deep?

22 A    Yeah.

23 Q    Were you wearing your shorts and your T-shirt or
24 just your shorts or --

25 A    I can't remember.  I had my shorts and my T-shirt

1  Q   Okay.

2  A   So he asked me what I was doing. I told him. I
3  said a friend of mine was down in the water, he was doing a
4  dive for lobsters. The guy told his girlfriend or his
5  wife, whoever she was, to call the police.

6  Q   Where did this conversation occur?

7  A   Right in the parking lot.

8  Q   Oh. So this is -- you had already gone to the
9  parking lot, to the truck?

10 A   Yeah, he was over on the dock taking bait and
11 putting it into a five-gallon bucket. When I walked up, I
12 looked over and saw him over there. Then he asked me,
13 says, "What are you doing?" And I told him my buddy's
14 doing a dive for lobsters. That's when he told the girl,
15 he said, "Okay, go call the cops." And I started walking
16 over towards him. I was going to explain to him. I said,
17 "The guy has a license and everything." As I was walking
18 over, I told him, "The guy is totally licensed. He's a
19 professional diver," but the guy didn't want to hear it.

20     As I walked to the man, he told me, he says, "Stay
21 away." He pulled a knife out on me. He a had a long
22 fishing knife. All I was trying to do is explain to him
23 that what he was doing was totally legal, he had a license
24 and everything else. The way the guy acted, I think he
25 might have had a few too many sodas.

NIZIANKIEWICZ & MILLER

38

NIZIANKIEWICZ & MILLER

1  Q    Okay. I just want to go back and go over some of
2  what you just said just to clarify. You indicated that you
3  were at the parking lot. Were you at the truck at this
4  point?
5  A    Yeah, I was getting my cigarettes.
6  Q    Okay. And you indicated that the gentleman was
7  over at the dock?
8  A    The lobsterman, yeah.
9  Q    Was it the dock closest to where you were in the
10 parking lot?
11 A    Yes.
12 Q    And when you were speaking with the gentleman
13 initially, when he was asking you what --
14 A    Yeah, I was a distance.
15 Q    So he's at the dock, and he's talking to you from
16 the dock?
17 A    Yeah, yeah.
18 Q    Okay. Now, you also indicated that you started to
19 walk over to him to explain --
20 A    I said, yeah, to explain to him that the guy was
21 totally licensed to do a dive for the lobsters, that he
22 worked on the boats down here.
23 Q    Was that -- were you walking over to him before he
24 told his wife to call the police, or had he already told
25 his wife to call the police?

1    A    He told his wife to call the police, and I was
2  walking over towards him slowly, just to tell him that he
3  was licensed, he was a professional lic -- he had a license
4  and a plate and everything to dive for lobsters.
5    Q    So this was after he told his wife to go call the
6  police?
7    A    Yeah.
8    Q    And you heard him tell his wife to go call the
9  police?
10   A    Right.
11   Q    Now, you indicated that he pulled out some type of
12 knife?
13   A    A long fishing knife.
14   Q    And then what happened?
15   A    Excuse me?
16   Q    And then what happened?
17   A    I just walked -- I turned around and walked right
18 back, went back to the truck, just leaned against the truck
19 and sat there.
20   Q    I'm sorry, did you say you got into the truck?
21   A    No, I just leaned against the bed of the truck,
22 just leaning there.
23   Q    So you walked back over to the truck, and you were
24 just leaning against it?
25   A    Yeah.

1  A    Right.

2  Q    And you recall only this tall, thin officer come
3  up to you?

4  A    Right.

5  Q    Okay. And then what happened?

6  A    He was searching around the truck, looking for
7  lobsters. He was looking in the back of the truck. Then
8  he told me to go over on the dirt area parking lot, right
9  at the end of the parking lot here. He told me to turn
10 around, put my hands above my head. So I couldn't -- he
11 told me to turn around. I couldn't see what was out, and I
12 was scared to death now. He come up behind me, grabbed my
13 arm real hard, flipped it down real fast, then he took the
14 other arm and did the same thing. He handcuffed me, and he
15 walked me over and put me in the cruiser.

16 Q    Okay. I just want to back up and just go over
17 some of that information that you just gave to me.

18      You indicated that this tall, thin officer that
19 had approached you was searching around the truck. What
20 exactly was he doing?

21 A    What was the officer doing?

22 Q    Yes.

23 A    He was looking around with the flashlight, looking
24 underneath the truck, looking in the back of the truck.
25 Before he told me to go over -- stand back over here and

## CERTIFICATE OF REPORTER

I, HEATHER J. WALSH, A Notary Public duly commissioned and qualified in and for the State of Connecticut, do hereby certify that pursuant to notice there came before me on the 22nd day of May, 2003, the following-named person, to wit: JEFFREY MENARD, who was by me duly sworn to testify to the truth and nothing but the truth; that the witness was thereupon carefully examined upon their oath and examination reduced to writing under my supervision; that this deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney nor counsel for nor related to nor employed by any of the parties to the action in which this deposition is taken and further that I am not a relative or employee of any attorney or counsel employed by the parties hereto, or financially interested in this action.

IN WITNESS THEREOF, I have hereunto set my hand and affixed my seal this 13th day of June, 2003.

**HEATHER J. WALSH**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES NOV. 30, 2007

HEATHER J. WALSH
LSR, Notary Public
Lic./Reg. No. 00226

NIZIANKIEWICZ & MILLER