```
 1                 UNITED STATES DISTRICT COURT

 2                   DISTRICT OF CONNECTICUT

 3    EDWARD BROWN, AND              NO.:  3:01CV2374 (CFD)
      JEFFREY MENARD

 4
                   Plaintiffs
 5    VS.

 6    TOWN OF STONINGTON, ET AL

 7            Defendants            MAY 22, 2003

 8

 9


10           DEPOSITION OF EDWARD BROWN

11


12    APPEARANCES:

13           For the Plaintiffs:

14                LAW OFFICE OF WARREN MILLER
                       One Union Plaza, 2nd Floor
15                     P.O. Box 116
                       New London, CT   06320
16                BY:  R. EDWARD PHILLIPS, ESQUIRE
                       860/444-0437
17


18           For the Defendants:

19                HOWD & LUDORF
                       65 Wethersfield Avenue
20                     Hartford, CT   06114-1190
                  BY:  BEATRICE S. JORDAN, ESQUIRE
21                     860/249-1361

22


23                   HEATHER J. WALSH
                LICENSED SHORTHAND REPORTER
24                   Lic./Reg. No. 00226

25
```

1     A     (Nodding head.)

2     Q     And what happened after your 40- or 45-minute

3  dive?  What happened then?

4     A     I was low on air, and I was starting to get

5  vertigo.  When I started to surface, it was dark, the water

6  was dark, and I wasn't sure of where the surface was.  I

7  had to look at the bubbles as I exhaled to know where the

8  surface was.

9     Q     What happened when you got to the surface?

10    A     I surfaced, and there was a bright light in my

11 eyes.

12    Q     And then what did you do?

13    A     I -- whoever it was, I told them to get the light

14 out of my eyes.  I actually swore.  I said, "Get the f'n

15 light out of my eyes."  But I was, you know, getting

16 vertigo, where I didn't know where the surface was.  And my

17 fins were stirring the silt up, so when I surfaced, it was

18 murky; and I had water in my ears from the hood, so I

19 couldn't hear.  My ears were clogged with water.

20    Q     Do you know who was shining the light in your

21 eyes?

22    A     No.

23    Q     What did you do then?

24    A     I said, "Get the light out of my eyes."

25    Q     Okay.

1      A    And I was going to go back down and do another

2  dive.  It's easier for me to swim under water than on the

3  surface with a dive tank and weight belts and everything.

4  Water was in my ears with the hood on, so I couldn't really

5  hear that well.  It was like having a wad of tissue in both

6  my ears.  Someone had a light in my eyes.

7      Q    All right.  You've already indicated that someone

8  was flashing a light in your eyes, and you told them to get

9  it out of your eyes.  What I want to know is what you did

10 then.

11     A    What did I do then.  I was up on like a -- I was

12 by the wall, maybe off the wall about maybe 25, 30 feet

13 away from the wall.  I was on the surface, and I was -- the

14 light was still in my eyes, you know.  I was opening my

15 hood and taking the water out of my ears.

16     Q    And then what happened?

17     A    Then there was a guy on the rock wall, and he said

18 that I was under arrest.

19     Q    Did he say anything else to you?

20     A    He said, "Get out of the water."

21     Q    Okay.  Can you explain what happened then?

22     A    I asked him what for, and he said I'm under

23 arrest, and I says, "You haven't told me what I've been

24 arrested for," and he says -- I noticed -- I noticed at

25 that time that it was a police officer, and I had told him

1    that I'm diving for lobsters and I have a plate in the

2    windshield of my truck, Connecticut Fish, I have a permit

3    to dive for lobsters in Stonington, or in Connecticut,

4    Connecticut license.

5        Q    Now, you indicated that at some point you noticed

6    it was a police officer?

7        A    Correct.

8        Q    How did you come to notice it was a police

9    officer?

10       A    He had taken the light out of my eyes momentarily

11   when I moved away to get the light out of my eyes.  I moved

12   my head away, and I could notice that he was a police

13   officer.

14       Q    Do you know the name of this police officer?

15       A    No.  I think -- I can't -- I needed the pictures

16   to recognize the officers, and I still have not received

17   them.

18       Q    Do you know, as you sit here today, the name of

19   the police officer?

20       A    I know the names of some of the police officers,

21   but I do not know the name of the officer at that time,

22   what I had seen.

23       Q    Okay.

24       A    I noticed a uniform and a badge.

25       Q    Were you able to see what this police officer

1    looked like?

2        A    Roughly.  I have a description of what he looks

3    like.  I know what he looks like.

4        Q    And what does he look like, or what do you recall

5    him looking like?

6        A    A thin guy.  I need the pictures.  I need the

7    pictures to look at them.  He was on the rocks.  It was

8    dark.  He had a short haircut and a thin face, and he was a

9    younger guy, and he was shaved.  He had a short haircut.

10        Q    And what did you do after he told you to get out

11    of the water?

12        A    I told him that if I was under arrest, that I was

13    letting the lobsters go, and I told him that I'm letting

14    the lobsters go and proceeded to release four lobsters that

15    were in the dive bag.

16        Q    Why did you tell him that you were going to let

17    the lobsters go?

18        A    Because I told him if I was under arrest, I was

19    letting the lobsters go.  They would die.  They would die

20    on me if I got brought down to the police station and had

21    them sit in the car, in the hot -- in the hot truck.  They

22    would die, and I couldn't eat them, I'd get sick.  I let

23    them go.

24        Q    And did the police officer say anything to you

25    while you were letting the lobsters go?

1    A    I proceeded in to shore.  He had told me to go in

2    to shore, so I went to shore.  As I let the lobsters go,

3    the four lobsters, the light was on the lobsters, and I was

4    checking for tags.

5    Q    Well, my question was what happened after you let

6    the lobster go.  You indicate that the officer told you to

7    go to the shore, and you did that?

8    A    Yes.

9    Q    What happened then?

10   A    There was an officer on shore.  I did not get out

11   of the water right away because I had fins on and a dive

12   tank on my back, and I had to take the fins off so I could

13   walk up on shore.  I was in the water to my waist.  I had

14   to sit down and take the fins off me.

15   Q    And what did you do after you got into the

16   waist-level water?

17   A    Took my fins off.

18   Q    And you indicated that there was one police

19   officer on the shore at that time?

20   A    I put the dive light with the gauge and the lens

21   in the dive bag with the fins in the dive bag and the mask

22   in the dive bag.

23   Q    My question to you, though, was you indicate that

24   as you were getting to the shore there was one police

25   officer on the shore.

NIZIANKIEWICZ & MILLER

1     windshield of the truck, so I had told them that I'm going

2     to get the keys and get the stuff out of the truck.  I

3     don't think I locked the truck, though.  The windows were

4     down.  I didn't carry keys with me because I was in the

5     ocean, and I didn't want to lose the keys, and they could

6     puncture the BC, so I didn't have the keys on me.

7          Jeff was on shore, and he was in full view of the

8     truck or around by the truck and the shore, but I believe

9     the windows were down.  I reached in and got the paperwork

10     for the -- that I was legally to dive, and I took also at

11     the same time my driver's license, registration, insurance

12     out of the glove box and trunk.

13     Q    So at some point from being in the grassy area,

14     you went over to the truck to provide the officers with

15     your permits and licenses?

16     A    Correct.

17     Q    Okay.  Did any of the officers walk over to the

18     truck with you?

19     A    Yes.  I was right next to the truck in the grassy

20     area.  The truck was right next to where I was.  Here is

21     where my truck was, and there's the grassy area right where

22     that car is.

23     Q    Okay.  Just -- in the picture that you're

24     referring to, Defendants' Exhibit 6, is the beach area on

25     the other side of this grassy area that's not shown on the

1    A    I wanted the captain to be aware of and show him

2    the damage that his officers had done to me on June 29,

3    2001.

4    Q    Okay.  And you voluntarily withdrew that

5    complaint, correct?

6    A    Correct.

7    Q    And why did you do that?

8    A    Jerry Desmond had came to my house on -- I have a

9    date of that, Thursday, July 26, 2001, at 8:45 a.m. I

10   withdrew the complaint because I was harassed by Captain

11   Jerry Desmond, and a Ledyard police officer had escorted

12   him to my residence at 4 Marlene Drive, Ledyard,

13   Connecticut.

14   Q    Okay.  And what is the date that you're claiming

15   Captain Desmond or Jerry Desmond came to your residence?

16   A    Thursday, July 26, 2001.

17   Q    And how were you harassed?

18   A    He wanted to talk with me about an interview at

19   the Stonington Police barracks and wanted to ask me some

20   questions, and he had used the phone to call back or

21   something, and something with the phone, and the phone got

22   slammed down and damaged.  It destroyed the phone, my

23   cordless phone in the kitchen in my house.

24   Q    What do you mean that the phone got slammed down

25   and damaged?