FORMAL - WRITTEN COMPLAINT

I Edward A. Brown of Markne Dr Ledyard, CT 06339, was Lobster diving in Area 2 of Dept. of Environmental Protection Marine Fisheries Area on June 29, 2001, in compliance with Title 26 of the General Statutes, permit to dive for lobsters Lic #71290 producing permit notification of this. The arresting officer and his partner mishandled me and abusive tone from Area 1, to my vehicle, producing permit, license, drivers license, insurance, motor vehicle reg. After such as stated Edward A. Brown was handcuffed extreamly tight, was not loosened until 1 hour latter, after repetitive times to have them loosen them. I Edward A. Brown, attest this is a true statement, and honest to the best of my ability on July 2, 2001 I went to the police station (Stonington) and showed the Captains & Lieutenant the Bruises on my arms and wrists laceration.