July 30, 2001

Capt. J. Desmond
Stonington Police Department
173 South Broad Street
Pawcatuck, Connecticut 06379

Dear Capt. Desmond:

    This will serve as a formal request to withdraw the complaint I filed at the Stonington Police Department on July 02, 2001 with respect to an incident that occurred on June 29, 2001 at the public landing. This request is occasioned by your refusal to postpone your investigation of my complaint to allow me to properly challenge the criminal charges against me. Those criminal charges stem from that incident on June 29, 2001. I conclude based upon your actions to date that you are either incapable or unwilling to fairly, impartially and professionally conduct an investigation into the allegations I made in my complaint. Please do not make any further efforts to contact me directly. Any further contact relating to the June 29, 2001 incident should be directed to my attorneys, Warren Miller and Ed Phillips.

                                              Sincerely,

                                              Edward A. Brown

cc:   Jeffrey A. Menard
       R. Edward Phillips