UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BROWN, AND<br>JEFFREY MENARD | NO.: 3:01CV2374 (CFD) |
| v. | |
| TOWN OF STONINGTON, ET AL | |

## AFFIDAVIT

I, Jerry Desmond, having been duly sworn, do hereby depose and say:

1. That I am over eighteen years of age;

2. That I believe in the obligation of an oath;

3. That I am the Captain of Police of the Stonington Police Department;

4. That Lieutenant Raymond Curioso was not on duty on June 29, 2001 as he was out on an accumulated day off;

5. As Captain of Police, I have access to personnel and training files, and have obtained the following from Officer Peckham's, and Officer Carr's files and/or have personal knowledge of the following:

6. The aforesaid Officers had completed training at the Connecticut Municipal Police training Academy;

7. While at the Academy, the aforesaid Officers received training, *inter alia*, regarding: criminal investigation, human relations, defensive tactics, and use of force;

8.  From the year ending 1998, the aforesaid Officers were required to complete forty (40) hours of training in job related subjects within a three-year period to re-certify;

9.  At the time of the June 29, 2001 incident, the aforesaid Officers had attended supplemental training courses as part of their re-certification requirements (including laws of arrest, stopping suspects, use of force), and were in full compliance with the re-certification requirements in place at that time;

10. Following his arrest, Brown filed a formal written complaint with the Stonington Police Department with regard to his arrest on June 29, 2001;

11. I was assigned to investigate Brown's complaint;

12. As part of the investigation, Captain Desmond obtained a sworn statement from witness Phillip Henry;

13. A true and accurate copy of Henry's sworn statement is attached hereto;

14. On July 30, 2001, Brown voluntarily requested that his complaint be withdrawn;

15. As a result of Brown's voluntary withdrawal of the complaint, the internal investigation was closed and the status of the complaint was "unfounded."

Dated at Stonington, Connecticut, this 17 day of November, 2003.

_____
Jerry Desmond

STATE OF CONNECTICUT  )
                     ) ss: Stonington, CT
COUNTY OF NEW LONDON )

Subscribed and sworn to before me this 17th day of November, 2003.

_____
Margaret R. Tourville
~~Commissioner of the Superior Court~~
Notary Public
My commission expires: 2/28/2007