# VOLUNTARY STATEMENT

DATE: 7/27/01    TIME: 1055 HRS    PLACE: STONINGTON POLICE DEPT.

I, Phillip Henry, am 44 years old, born at Westerly, R.I., and my address is 31 South Broad St., Pawcatuck, Ct. I do hereby make the following statement to Captain Jerry Desmond, having identified himself as Stonington Police Officer.

I make this statement voluntarily and it is made without any threat, coercion, offer or benefit, favor or offer of favor, leniency or offer of leniency by any person or person whomsoever.

On June 29, 2001, at approx. 10:00 p.m. I drove to the Stonington Town Dock to go to the fishing boat I work on there. As I drove down onto the south pier of the fishing dock and saw a man ducking behind the boat rack located at the small boat association area. I drove by him onto the south dock. I went on the vessel Stephanie Bryan to get an item. I then backed out of the south pier and saw the man again still behind the boat rack as if to hide. I parked my vehicle and my wife, Cheryl Henry, was with me. She stayed in my car, while I took a flashlight out and went to see who it was. I shined the flashlight on the man and asked him what his business was? The man said he was waiting for his friend to get out of the water. The man said, "get the light to fuck out of my eyes". I yelled to my wife to go get a police officer that we saw on the way down to the dock, that was in his police cruiser on Water St.. The man then started to walk toward me and said, " I am going to stick your light up your ass". I told him that was not going to happen. The man only had on a pair of cut off shorts on and he appeared to be wet and possibly intoxicated as he was slurring his words. The man and I continued to exchange words. He appeared nervous and kept looking down to the private Small Boat association launch area as if he was expecting his friend to come out of the water.

My wife then arrived back and said the police officer is on the way. A few seconds later, Officer John Carr arrived. Officer Carr got out of his cruiser and yelled to the man to stay where he was. He then asked me what was going on. I told him I did not know whether the man was innocent or not but I thought the situation was suspicious. Then more cruisers showed up. Officer Carr and other Officers went over and started to interview the man I spoke with. Officer Carr told me to stay where I was. I then heard the man yell toward the launch area as if to be warning his friend coming out of the water that " the police are here". Officers stayed with the man and Officer Carr went to the launch area. At the same time another Officer went over to the dock wall near the water and shined his light on the man in the water. I went over with the officer and shined my light on the man in the water also. Officer Carr started to tell the man to get out of the water. The man told Officer Carr he was not coming out of the water because he did not do anything wrong. The man said I only have a couple of lobsters and I have my permit. Officer Carr continued to tell him to get out of the water and he continued to refuse. During this time the man lifted up a bag with something in it and then waved the bag as to empty it. I could see tails and claws of lobsters sitting on the bottom of the area he was standing in near his feet. The officer stayed right there next to me and kept his light on the lobster parts.

Officer Carr then told the man to get out of the water again and now the man came out of the water. The man coming out of the water was in dive gear and his bag was now empty. The diver came up on the beach and a couple of Officers met with him. The man kept saying he did not do anything wrong, I don't understand. Officer Carr said yes you did, you disobeyed my command to get out of the water. The diver took off his tank and gear on the beach. I think that the officers then handcuffed the diver and walked him up the beach to his truck that was parked a short ways away. At no time did the Officers ever abuse the diver and they were professional. I read in the paper that the man said he was thrown onto some rocks. The officers never pushed him, shoved him, or abused him in any way. The Officers were looking in the back of the divers truck and the diver was standing there and kept saying he did nothing wrong. One Officer said, " if you did nothing wrong, why did you dump the lobsters". He said it was because his

permit was in the truck. I never heard the man complain about his handcuffs during this time. He was then placed into a cruiser. The first man I spoke to was handcuffed and placed into a separate cruiser. The Officers then had me go over to the wall where another Officer had been maintaining his light on the lobster parts on the bottom and the Officers asked me to confirm that the parts were lobster and to verify that they were there. This was about twenty-five feet from the shore area out on the dock. I confirmed that they were lobster body parts. Then I went with Officer Carr to his cruiser to give a statement. The other Officers then left. I gave my statement. I do not recall any heated yelling at all between the men at the dock and the officers during any of this, just the diver saying he did nothing wrong.

SWORN AND SUBSCRIBED BEFORE ME
THIS 27TH DAY OF July, 2001

_____ Notarized      _X Philip A Henry_
                                Signature of person giving voluntary statement