UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BROWN, AND<br>JEFFREY MENARD | NO.: 3:01CV2374 (CFD) |
| v. | |
| TOWN OF STONINGTON, ET AL | |

### AFFIDAVIT

I, Raymond Curioso, having been duly sworn, do hereby depose and say:

1. That I am over eighteen years of age;

2. That I believe in the obligation of an oath;

3. That I am a police officer of the Stonington Police Department;

4. That I was not on duty on June 29, 2001, as I was out on an accumulated day off;

5. That I did not participate in, nor was I present, at the time Jeffrey Menard was arrested on June 29, 2001;

6. That I did not participate in, nor was I present, at the time Edward Brown was arrested on June 29, 2001;

7. That I had no personal involvement in the arrests of Jeffrey Menard and Edward Brown on June 29, 2001.

Dated at STONINGTON, Connecticut, this 24TH day of NOVEMBER, 2003.

_Raymond Curioso_
Raymond Curioso

STATE OF CONNECTICUT )
) ss:
COUNTY OF New London )

Subscribed and sworn to before me this 24th day of November, 2003.

MARGARET K. BOURVILLE
NOTARY PUBLIC
MY COMMISSION EXPIRES FEB. 28, 2007

Commissioner of the Superior Court
Notary Public
My commission expires:

2