| NAME: LAST, FIRST, MI, SFX | | | PAGE | DOCKET NUMBER | | REVISED |
|---|---|---|---|---|---|---|
| BROWN EDWARD ANDREW | | | 1 | K10K-CR01-0261911-S | | |
| | | | TICKET NO(S): 01112828 | | | |
| 4 MARLENE DR | | | | | | TYPE U |
| LEDYARD       CT   06339 | | | IMPR. | IB. | APPL. | C/S | REARREST: |
| BIRTH DATE | SEX | LICENSE NUMBER | STATE | M.V. DOC. NO | DEPT. CASE NO. |
| 02/19/69 | M | 025047326 | CT | | 8541 |
| AKA: | | | RESTITUTION: | | |

| OFFENSE NAME | DISP CHARGE | COUNTS | ORIGINAL CHARGE | COUNTS | PLEA | JDMT |
|---|---|---|---|---|---|---|
| PUBLIC DSTRBNCE | 53a-181a | | 53a-109 ✓ | | GY | GY |
| | | | 21a-267(a) ✓ | | | SI |
| | | | 21a-279(c) ✓ | | | SI |

Substitute Information

| FINE | REMITTED | FEE | SURCHARGE | JAIL | E/S | PROB. | C/S | ERASE |
|---|---|---|---|---|---|---|---|---|
| 50 | | | | | | | | |

| COST | RECEIPT NO | BOND AMOUNT | HELD AT | POLICE DEPT. | OFF SHIELD | OFF TOWN | DISP COURT |
|---|---|---|---|---|---|---|---|
| 15 | | | K10K | 0137 | 0018 | 137 | K10K |
| ARREST DATE | COURT DATE | MESSAGE | | | | | |
| 06/29/01 | 04/15/02 | | | | | | |

JD-CR-43 REV. 7/83 (CCT-25)
AA

COURT ABSTRACT - STATE OF CONNECTICUT

**COPY**

| NAME: LAST, FIRST, MI, SFX | | | PAGE | DOCKET NUMBER | | REVISED |
|---|---|---|---|---|---|---|
| BROWN EDWARD ANDREW | | | 2 | K10K-CR01-0261911-S | | |
| | | | TICKET NO(S): 01112828 | | | |
| 4 MARLENE DR | | | | | | TYPE U |
| LEDYARD       CT   06339 | | | IMPR. | IB. | APPL. | C/S | REARREST: |
| BIRTH DATE | SEX | LICENSE NUMBER | STATE | M.V. DOC. NO | DEPT. CASE NO |
| 02/19/69 | M | 025047326 | CT | | 8541 |
| AKA: | | | RESTITUTION: | | |

| OFFENSE NAME | DISP. CHARGE | COUNTS | ORIGINAL CHARGE | COUNTS | PLEA | JDMT |
|---|---|---|---|---|---|---|
| | | | 53a-167 ✓ | | | SI |
| | | | 53a-181 ✓ | | | SI |
| | | | 15-135(a) ✓ | | | SI |

| FINE | REMITTED | FEE | SURCHARGE | JAIL | E/S | PROB. | C/S | ERASE |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

| COST | RECEIPT NO. | BOND AMOUNT | HELD AT | POLICE DEPT | OFF SHIELD | OFF TOWN | DISP COURT |
|---|---|---|---|---|---|---|---|
| 15 | | | K10K | 0137 | 0018 | 137 | K10K |
| ARREST DATE | COURT DATE | MESSAGE | | | | | |
| 06/29/01 | 04/15/02 | | | | | | |

JD-CR-43 REV. 7/83 (CCT-25)
AA

COURT ABSTRACT - STATE OF CONNECTICUT