UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR -5 P 12: 01

EDWARD BROWN VS . TOWN OF STONINGTOWN.

NO: 3:01CV2374 (CFD)

PLAINTIFF'S MOTION TO QUASH THE DEFEDANTS' MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, FOR AN ENLARGEMENT OF TIME WITHIN THE COURT'S SCHEDULING ORDER.

Pursuant to Federal Rules of Civil Procedure 6(b) and 16(b) and Local Rule 9(b), the plaintiff respectfully move this honorable court to quash the defendant's motion for Summary Judgment for the following reasons;

(1) The plaintiffs have a pending Motion to Compel discovery responses;
(2) Depositions of individual defendants were not taken pending resolution of the Motion to Compel discovery responses and an appearance from new councel for Edward Brown;
(3) A Motion for Summary Judgment is premature when discovery is incomplete.
(4) Asked the court on Feb. 18, 2005 on motion to Appoint Counsel..
(5) Edward Brown still has the Motion for Counsel and has filed for an attorney to be appointed for him.
(6) Ask's the court to re evaluate the case and determine if a lawyer provided by the court is warranted .
(7) In the alterative, should the court deny the Motion to Quash, the plaintiff's request and enlargement of time within the court's Scheduling Order to allow for new counsel for Edward Brown sufficient time in which to prepare .John Radshaw attorney for Town of Stoningtown is aware that Counsel is not representing Edward Brown at this time.
(8) The undersigned councel was informed by Edward Brown that he has filed for an attorney to be appointed for him.
(9) The court can deny the defendants' Motion for Summary Judgment,without prejudice,and they may re-file their motion after discovery is complete
(10) Edward Brown contacted John Radshaw, III on March 28TH 2005 in regards to Motion to Compel discovery responses.per a telephone call it was mentioned why the depositions of individual defendants were not taken pending resolution of the motion to Compel discovery responses.        Edward BROWN

cc John Radshaw III
65 Wethersfield Ave
Hartford CT
06114-1190

Edward Brown
April 2, 2005