UNITED STATES DISTRIC COURT
DISTRIC OF CONNECTICUT

FILED

EDWARD BROWN VS. TOWN OF STONINGTON.ET.AL.

2005 APR -5 P 12: 01

PLAINIFF EDWARD BROWN OPPOSITION TO DEFENDANT'S MOTION FOR COURT
BOND.                                                    HARTFORD CT

The plaintiff Edward Brown asked the court to deny the defendant's Motion for Bond Dated December 6,2004. The general rule on costs is that costs follow the event. The purpose of this rule is to compensate the winning party for the vindication of it's position.

Edward the plaintiff does acknowledge that Local Rules of Civil Procedure specifically provide an exception to this general rule, another exception is where a ''PUBLIC INTREST''LITIGANT, such as the plainiff in this case,proceeds against a public/governmental entity to seek redress of violations of his civil right's. If the public intrest litigant wins, he or she should not be personally out of pocket for acting in the public intrest, and if he or she loses, they should not be penalized for either clarifying the law or testing an issue of public interest and importance in this case.

I Edward A. Brown ask the court to deny the defendant's motion for Bond on being a public interest litigant ,in the above statement to the court.

EDWARD A. BROWN

*Edward Brown*

*April 2, 2005*

cc: John Radshaw III
65 Wethersfield Ave
Hartford CT
06114-1190