UNITED STATES DISTRICT COURT
NO;3;01CV2374(CFD)
DISTRICT OF CONNECTICUT

FILED

2005 APR -5  P 12: 01

EDWARD BROWN VS. TOWN OF STONINGTOWN

US DISTRICT COURT
HARTFORD CT

MOTION TO COMPEL DISCOVERY RESPONSES;
DEPOSITIONS OF INDIVIDUAL DEFENDANTS WERE NOT TAKEN PENDING
RESOLUTION OF THE MOTION TO COMPEL DISCOVERY RESPONSES.

(1) Deposition's of individual defendant's were not taken pending resolution of Motion to Compel.
(2) Received no response from defendant's said issue.
(3) Dated December 1, 2003 order was initiated to enlargement of time within the court's scheduling order.

PLAINTIFF
EDWARD BROWN

*Edward Brown*
*April 2, 2005*

CC. JOHN RADSHAWIT
65 Wethersfield Ave
Hartford, CT 06114-1190