UNITED STATES DISTRICT COURT **FILED**
DISTRICT OF CONNECTICUT

2005 [MAR] -1  A 10: 31

EDWARD BROWN, ET AL                  :   NO.: 3:01CV2374(CFD)
                                     :   U.S. DISTRICT COURT
v.                                   :        HARTFORD, CT.
                                     :
TOWN OF STONINGTON, ET AL            :   February 25, 2005

## STIPULATION FOR DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the plaintiff, JEFFERY MENARD, hereby stipulates for dismissal as to all of his claims against the defendants, TOWN OF STONINGTON, DAVID ERSKINE, JERRY DESMOND, RAYMOND CURIOSO, JOHN CARR and MICHAEL PECKHAM, with prejudice and without costs.

THE PLAINTIFF,
JEFFREY MENARD

*[signature]*

R. Edward Phillips, ct 20999
Miller & Phillips, LLC
One Union Plaza, 2nd floor
P.O. Box 116
New London, CT  06320
(860) 444-0437
(860) 443-1354 (fax)

*[handwritten in margin: Approved and so ordered. /s/ 4/12/05]*

*[FILED stamp: 2005 APR 13  A 7:08  DISTRICT COURT HARTFORD CT]*