# HOWD & LUDORF, LLC

ATTORNEYS AT LAW

**65 WETHERSFIELD AVENUE**
**HARTFORD, CT 06114-1190**
(860) 249-1361
(860) 249-7665 (FAX)
www.hl-law.com

JOHN J. BOGDANSKI*
PHILIP T. NEWBURY, JR.*†
THOMAS R. GERARDE
MARK J. CLAFLIN*
CHRISTOPHER M. VOSSLER◇
WILLIAM F. CORRIGAN
DAVID S. MONASTERSKY
MICHAEL J. ROSE
COLETTE S. GLADSTONE
MELINDA A. POWELL
PAUL ERICKSON*^
DANIEL C. DeMERCHANT°
ALEXANDRIA L. VOCCIO◇
BEATRICE S. JORDAN
JAY T. DoNFRANCISCO
JOHN J. RADSHAW, III
MARTHA A. SHAW*

MELANIE A. DILLON
*MAGDALENA P. CAPASSO
CHRISTOPHER J. PICARD
JASON E. INDOMENICO
ALAN R. DEMBICZAK
◇DAVID W. COLWICK
CHRISTY H. DOYLE
KEVIN M. TIGHE
◇¤ROBIN B. KALLOR
JEFFREY E. POTTER
KRISTAN M. MACCINI

*ALSO ADMITTED IN MASSACHUSETTS
†ALSO ADMITTED IN RHODE ISLAND
◇ALSO ADMITTED IN NEW YORK
°ALSO ADMITTED IN FLORIDA
^ALSO ADMITTED IN ILLINOIS
¤ ALSO ADMITTED IN NEW JERSEY

March 29, 2005

**VIA CERTIFIED MAIL AND REGULAR MAIL**

Edward Brown
4 Marlene Drive
Ledyard, CT 06339

Re:   Edward Brown, et al v. Town of Stonington, et al
      H&L File No.:  134-19442

Dear Mr. Brown:

    I write today in furtherance of your telephone call on Monday, March 28, 2005 concerning the defendants' motion for summary judgment which we recently filed with the court. In that telephone call, you stated that you had received the pleadings and you asked me what the documents stated.  In response, I urged you to read them carefully, especially the notice to *pro se* litigants concerning summary judgment.  You repeated that you did not need to respond to these pleadings because you did not have a lawyer at this time.  You stated that my actions were unfair and unprofessional because I filed these pleadings with the court before speaking or consulting with you.  You also stated that you would contact the clerk's office of the United States District Court in Hartford.  You also stated Judge Droney ordered me to settle this case. Let me address your statements in turn:

    I am not in a position to give you legal advice.  I do recommend, however, that you read the notice to *pro se* litigants concerning summary judgment very carefully.  I told you that during our telephone conversation and I repeat it again.

    Despite your accusation that my conduct is unprofessional, you are mistaken.  There is no requirement in the Federal Rules of Civil Procedure or any law to consult with you in advance of our planned dispositive motion.  I filed those documents with the court and certified

EXHIBIT A

**HOWD & LUDORF**

Page 2
Letter to Mr. Edward Brown
Re:  Edward Brown, et al v. Town of Stonington, et al
March 29, 2005

that I sent copies to you on the same day.  Nothing more is required.  Despite your claim to the contrary, you are required to respond to those documents.  The fact that you do not currently employ counsel is of no consequence.  You have a *pro se* appearance before the court.  Judge Droney denied your most recent motion to appoint counsel on March 17, 2005.

   Lastly, I address your contention in our telephone conference that Judge Droney ordered me to settle this case.  Nothing could be further from the truth.  The court merely asked us to discuss the possibility of settlement.  We did and we were unable to come to an agreement.  At that time, I told you that it was the defendants' final offer.

   In closing, I repeat my recommendation that you review the pleadings I have filed very carefully, including the notice to *pro se* litigants concerning summary judgment.

            Very truly yours,

            /s/John J. Radshaw, III
            John J. Radshaw, III

JJR/ecb