UNITED STATES DISTRIC COURT
DISTRIC OF CONNECTICUT
450 MAIN SREET
HARTFORD,CT.

RECEIVED

2005 MAY 10 P 1:42

DEAR CHRISTOPHER DRONEY,    MAY, 9 2005

CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

I 'am writing this letter to inform you that I had spoke to attorney Wolf on the telephone and he said he would be interested in the case ,but stated he would need money down to represent me in the case. He said about 2000.00 would be a sufficient amount . At the present time I still have no money to speak of . I will send you a copy of my current tax form and a copy of my check book to prove that what I state is true .  As far as John Radshaw 111 he was given notice back on April 28,2003 on Depositions of  Jerry Desmond and the firm agreed to the Deposition , all officers  that were present at or near the the town dock . In a most current letter from John Radshaw 111 he now objects to Federal Rules of Civil Procedure 30(b)(5) and 34 , in my list of new discovery it was asked that the officers involved give depositions of account to there version of the story to justify the arrest, use of excessive force, and cause of emotional duress ,questions need to be complete .It is to be expected that John Radshaw 111 will deny  any requests that I make the reason why I wish for the information submitted in discovery response is that ,the depositions of the police officers will prove that it was a unlawfull arrest . Video tapes of the night of the arrest  at lock – up  will prove that the officers tried to have JEFF MERNARD say things about me that were not true .JEFF MERNARD told JOHN CARR AND MICHAEL PECKAM that ''HE IS TOTALLY LEGAL ''.Photographs of the officers is only for the purpose of identifying the officers at the time trial is in progress .I'f the officers do not show at the time of the trial .The copy of the check shows that the defendants ,TOWN OF STONINGTOWN, admitted guilt and understand that the officers conduct was unconstitutional . The video of  department HQ lobby on or following buissness day will show that I personally showed RAMOND CURIOSO AND JERRY DESMOND the injuries following the arrest and want all this material submitted as exhibits .This information is to be sent to court for exhibits ,and to be used only for court purposes .Well presently I haven't heard anything back from attorney Colic and hope and pray for a court appointed attorney to recover  lost wages unemployment for two years, out of pocket expenses ,and so much emotional duress. The money that John Radshaw 111 offered  1500.00 will not cover expenses to settle the case,so I  will try the best that I can on my own  to litigate this case .

EDWARD A. BROWN
4 MARLENE DR.
LEDYARD CT.
06339

*Edward Brown*
*May 9, 2005*

The Clerk shall docket this letter and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
05/23/05

John Radshaw III