The plaintiff's Motion to Reconsider Appointment of Counsel is DENIED. The Clerk is directed to docket this letter and include it in the Court's file. So ordered.

Christopher F. Droney
United States District Judge
05/24/05

**UNITED STATES DISTRIC COURT**
DISTRIC OF CONNECTICUT
450 MAIN STREET
HARTFORD,CT.06103-9998

RECEIVED
2005 APR 26 A 10: 15
CHAMBERS
CHRISTOPHER F. DRONEY
U.S. DISTRICT JUDGE

**EDWARD A. BROWN  VS. TOWN OF STONINGTOWN.**

**MOTION TO RE-CONSIDER APPOINTMENT OF COUNCEL**

(1) When attorney Edward Phillips withdrew from the case you had appointed me attorney Winc to represent me in the matter of Edward Phillips withdrawing as my attorney, I assumed that he was to be my new attorney in this case .I did not know until after that it was only for the withdrawal of Edward Phillips.

(2) Since that time attorney Barry Ward 245 Williams street New London .CT. reviewed the file to consider if he wanted to take the case,he had the file for almost a year before he told me that he was backed up with other cases and didn't have time.

(3) Have contacted other attorney's since then and would be glad to list them.

(4) Contacted Michael Bradley 120 Broadway, Norwich,CT. on two separate occasions the first conversation Warren Miller (previous attorney) was to call and talk with Mike Bradley, which never took place, when I called back just recently he said the case was to far along and wasn't represented by a attorney since the withdraw of Edward Phillips.He wouldn't take thecase.

(5) Called Mathew Berger 164 Hempstead street, New London hasn't returned my calls.

(6) Called Bart Sayet spoke with him ,set up a appointment with him on or around March 16th at 8:30PM, at night called to meet with him at 8:00 to verify the appointment and he had said he was really busy and was not interested ,his address is 126 Main street Norwich,CT.

(7) Contacted Politio and Quinn,567 Vauxhall street ext. Suite 230,Waterford, told me to call attorney Williams(203)562-9931.

(8) Called pro bono lawyer Williams, 51Elm Street New Haven ,CT he said he would take the case for 5000.00 not on a contingency,had laughed at the offer of 1500.00 as a settelement in the case.

(9) Called and talked to Traystman and Coric 45 Channing street, New London CT. attorney Drzislav Coric sat and spoke with in his office about the case , presently has a case in federal court, say's I will win the case no doubt in his mind,to meet back with him on Friday.April 29th 2005.

(10)Called  Gilbert Shasha 37 Granite street ,secretary wanted 10.00 to speak with Mr. Shasha, did not set up a appointment did not have money.

(11)Called  Sebastian Desantis 247 Shaw street New London same attorney that Gilbert Foster 17 Carriage Dr. Stoningtown has with a lawsuit against Stoningtown Police listed in his deposition ,would be a conflict of intreast.

Many lawyers have been contacted to represent me in this case, I pray for a attorney appointed by the court to be appointed to me in this case.I'f attorney Drzislav Coric does not take the case than I must keep tring and not give up .

Thank You

EDWARD A. BROWN.

Edward Brown

April 25, 2005

CC. JOHN RADSHAW III