*Copy sent to John D Shannon*

UNITED STATES DISTRIC COURT
DISTRIC OF CONNECTICUT

RECEIVED
2006 MAR -9 A 11: 25

EDWARD BROWN, ET AL
V.
TOWN OF STONINGTON
(CFD)

2006 MAR 13 A 10: 40

NO ; 3:01CV2374

FEB. 25 ,2006

RESPONDING TO MOTION FOR SUMMARY JUDGMENT
PURSUANT TO D.CONN.L.R.7 AND FED.R.CIV.P.56 PLANIFF EDWARD A. BROWN SUBMIT THE FOLLOWING MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT DATED FEB . 25, 2006.

This memorandum of law is reflected by answers to (Defendants' motion for summary judgment dated March 25, 2005)

A PLANTIFF ARREST ON JUNE 29, 2001
I (EDWARD A . BROWN) did not go to the town dock on June 29, 2001 , but went near the town dock on June 29, 2001 apon entering the shoreline public access sighn to the Town of Stonington small boat association beach located to the back left side South East side of the parking lot near the playground (see Exhibit PHOTOS OF SMALL BOAT ASS. AND PHOTOS OF SIGHNS TO AND FROM AREA.
There were no sighns reading no scuba diving or swimming at that area at that time I personaly went there and took pictures myself of the area .Sighns were put up after the June 29, 2001 at a time I do not know and the area has been changed since that time also .
Upon arrival at the scene , the officers did not listen to Jeff Menard when he told them that Phillip Henry had pulled a long fishing knife out on Jeffry Marnard .Or to listen to him as to Mr. Brown was "TOTALLY LICENSED TOTTALLY LEGAL"(page 37,page39 of Jeff Manards' deposition)
as a result Jeffry Mernard was arrested without a warrent or probable cause and charged with Breach of Peace pursuant to Conn.Gen. Stat.53a-181, and Criminal Trespass pursuant to Gen. Stat.53a-109 his constitutional rights were disregarded as well as Edward A. Browns' rights.(see page 45 of line 12 and 13 of Jeff Menards deposition)
Also by reading page 45 of line12 and 13 of Jeff Mernards deposition seems like excessive force was used to arrest Jeff Mernard by words of "He came up behind me , grabbed my arm real hard, flipped it down real fast, then he took the other arm and did the same thing.""he handcuffed me, and he walked me over and put me in the cruiser."(page 45 of line12 ,13 and 14 of Jeff Mernards' deposition)EXHIBIT F

B. PLAINIFF'S COMPLAINT

In the first Count of the Amended Complaint ,I Edward A.Brown defend myself against false charges of wrongfully arrested and charged with criminal trespass, breach of peace ,interfering with a officer ,possession of marijuana, possession of drug paraphernalia and scuba diving without a proper flags.Edward brown can prevail on this because Judge Susan Hadly dissmissed all charges of the above and pled guilty to none of the above charges. (see attached police record )
Edward A. Brown also claims that the defendants deprrived me of my rights to be free from assault and battery ,false imprisonment, abuse of process, malicious prosecution, and intentional infliction of emotional distress.(see photos of bruises,Dr. Bassam Awwa,M,D.medical records)
Edward A. Brown also claims that the arresting officers did not want to listen to what Jeff Mernard had to say when he told the officers when they arrived that Edward Brown was not doing a test dive , his up to date lobster license was on the dash of his truck facing out to be visible , lieing on the police report and saying the lobster license had expired when the license does not expire untill December 31, 2001(see police report, attached documents)
Officer Curioso is involved in this case because I Edward Brown went to the police station and showed him and Jerry Desmond the injuries that the officers had done to me , they were having a meeting on police policy use of force when I went there in the room to the right of the lobby of Stonington Police Station .
Pursuant to 42 U.S.C. 1983 for a violation of my rights to my right to freedom from unreasonable arrest,

warrantless arrest and arrest without probable cause under the Fourth and Fourteenth Amendment to the U.S. Constition , the defendants canot be barred under the doctrine of qualified immunity they diliberitly lied on the police report caused phisical and mental injury to EdwardA.Brown.(see photos , past lawsuits) Had spoken to Mike Bradly about the case and he said he had won a case in which the Stonington Police had broke into a hotel and beat up the people there only to find out the address was the wrong place diffrent fom the warrent. As a result the residents suied for damages Mike Bradly won the case .The Stonington Police were wrong .

My mother Barbara Brown is a witness as to what the police had done to me as she had picked me up at the police station (Stonington) she seen what the police did to me .(photos exibit)

Jeff Mernard is a witness as he had seen what the police had done to me the night of the arrest,the defendants had gave him a check to settle his claims against them.

Would like to subpoena Jeff Mernard to court for trial his testomonie as he is a material witness as to assault of Edward Brown.

Joe Wajus the New London Day paper as to he came to my residents and seen the injuries wrote a article in the paper about this couple of articles were published .

The dive that took place at the beach near the dock is a popular dive spot to area residents it drops off deep in the channel boats go through there to get to the ocean alot of boats clean the fish scraps of there boat as they make there way to the docks ,As Edward Brown surfaced from approx.35 feet of water on a dark night with a hood on and water in his ears someone had a light in his eyes. I did not know who it was my eyes were acustomed to dark murky visibility.It hurt the beem was right in my eyes.

Officer Peckham did not see the bag that I had because I was swimming and had a dive light with a gage on it and dive flag and bag .The light and the bag were in the water .I do admitt to telling the officer to get the fucking light out of my eyes,excuse me your honor, I was unaware it was a police officer that was there shining a light in my eyes.I had thought it was Jeff Mernard watching me .

I't wasnt untill I went to some rocks near the tip of the end of the wall that with the light out of my eyes could see it was a police officer .I had told the officer that I was diving for lobsters and had a permit to do so in the windshield of the truck facing out to be visible.

In the above statements there is no probable cause for a arrest except why they didnt arrest Phillip Henry for pulling a knife on my friend Jeff Mernard ,that would be probable cause.

The officers were threating Jeff Mernard to say things that were not true,threating his job with electric boat and CDL license if Jeff Mernard didn't say what the police officers wanted to hear.They kept saying that I was breaking backs . Wanting Jeff to say that I was doing something wrong , in which I wasn't doing anything wrong .

Secured to me Edward A.Brown by the provisions of the First, Fourth,Eighth and Fourteenth Amendments to the United States Constitution and by Title 42 U.S.C. 1983 AND 1988, claim of excessive force based on the Fourteenth Amendment can be proven with witness listed above and photos of injuries sustained during arrest .

Secured to me Edward A. Brown my Eighth Amendment 'cruel and unusual punishment ' The officers acted jointly and in concert with each other.Each defendant had the duty and the opportunity to protect me or Jeff from the unlawful actions of other defendants , but each defendant failed and refused to perform such duty , thereby the defendants caused phisical and mental injuries.(see photos, see Dr.Bassam Awwa, M.D. report .)

The defendants know they did wrong ,I was assulted by officers and will identify them in court they know I know who they are it was uncalled for and no reason for there behavor ,holding Jerry Desmond responsible for instituting policies to properly train and supervise the officers under his command in order to ensure that they adhere to constitutionally mandadted conduct.Jerry Desmond is aware of prior instances in which Sonington police officers violated the civil rights of other persons and engaged in other constitutional misconduct .(see prior Stonington vs. )

Stonington Police Dept. revised there firearms,use of force and administrative procedures for shooting incidents in November of 2001 ,chapter 3 each officer must fully document any use of force ,General Statutes of Connecticut Section 53a-3,53a-16a thru53a-22. No force was needed as I Edward A.Brown left the beach where I had went in the water officer grabs my arm and shoved me into the rocks with a dive tank and full gear on,or the officer with thin beard making eratic movements to prevoke a fight .Shoving me into the cruiser when the superviser left the scene (officer Carr had told the supervisor he had a beef with me .)

Jeff Mernard is a eye witness to the fact that he witnessed the assault .(court SUBPOENA)

Phillip Henry is not a eye witness to the incident , he should have been arrested for reckless endangerment with a knife ,Jeff Mernard explained to him that I was totaly legal to dive for lobsters at the beach.The police are covering up for him by not arresting him for pulling a knife on Jeff Mernard.(page 37 of Jeff Mernards deposition.)

The defendants deprived me of my right to be free from unreasonable search and seizure because there was no probable cause or warrant the charge of Breach of Peace, is unjust that I surfaced the ocean to have a bright light in my eyes and a regulator in my mouth is not breach of peace .Criminal Trespass charge would not stand because everyone dived the beach in the past I have sweatshirts with me and my mothers husband on them and cups with pictures of the same spot on them . Victor Worst owner of Aqua Sports in Galles Ferry buissness has went to part time instead of full time because of the articles in the day paper.I Edward A. Brown have done work on the boats at the nearby dock in years past and friends with some of the owners of the boats.(can subpoena two boat owners to court if need be)

Interfering with an officer charge was I Edward A.Brown told the officers that I had permits to dive for lobsters told the supervisor and the officers this number of times .(see my own deposition pages 37)

I Edward A.Brown would prevail on a claim of excessive force and unreasonable search and seizure ,excessive force eye witnesses and photos,unreasonable search and seizure because the police negligently failed to secure my truck from access by the general public before they unlawfully searched my vehicle without probable cause or a warrant..I noticed in the revised voluntary statement from Philip Henry dated July 27,2001 is diffrent form the original voluntary statement in which Philip Henry states he sees body parts on the bottom ,that is a lie because officer Carr called DEPT. OF ENVIORMENTAL SERVICES they did not come out to investigate because I was legally diving for lobsters had permits ,I'f officer Carr and Philip Henry can see twenty - five feet from the shore area in murky water ,why did the officer not roll up his pants or use a rake on the beach to get these body parts of lobsters.There were no D.E.P. AT THE SCENE (see dispatch papers EXHIBIT)

I Edward A.Brown never in my whole life ever killed lobsters for no reason or for any purpose ,had the gauge on me released the lobsters that I had caught checking for tagged lobsters or v-notched lobsters . (see atached EXIBIT)

Philip Henry should have been arrested for charges that were never brought about because the Stonington Police were protecting him for there own best intrest .(see Jeff Mernard deposition PAGE 37)

Philip Henry changed his voluntary statement dated June29,2001 to a statement that does not even make sense Dated July 27,2001,MY GEAR WAS NOT OFF AT THE BEACH, NOR DID I KILL LOBSTERS. (see PhilipHENRY voluntary statement)

John Radshaw attorney for the defendants is trying to justify that the police can do as they please and break the law, saying "QUALIFIED IMMUNITY"to the police who violated my constitutional rights and assulted me .(see his own summary judgment)

I EDWARD A . BROWN CAN SWEAR TO GOD UNDER OATH THAT JEFF MERNARD CAME HERE TO MY HOME MARCH 4 2006 AND TOLD ME HE WAS PAID 1400.00 FROM EDWARD PHILLIPS A CHECK FROM THE DEFENDANTS STONINGTON POLICE TO SETTLE HIS CLAIMS WITH STONINGTON POLICE .( GOD AND LUCY BAKER ARE MY WITNESS )(court subpena LUCY BAKER JEFF MERNARD)

G.

The claim of unreasonable search and seizure I will prevail on because there was no warrent and no probable cause for any search or reason to tow the vehicle the arrest was trumped up charges and ment to intimidate me and to harrass.(see original plainiff claims)

H.

Denied my first and Fourteenth Amendments exercising my right for petition for the redress of grievances under the First and Fourteenth Amendments to the United States Constitution Jerry Desmond came to my home harassing me and received a phone call from my phone and was told to get out of here the phone was broke when he left he had slammed the phone down..(see copy of phone repair bill)

My encounter with officers Peckham and Carr are when the supervisor showed up when I tried to explain to him that I was legal he told the officers to let me go that I was totally legal let me go "officer Carr had said he had a beef with Mr. Brown"the supervisor left at that point .(see assault photos bruised ribs)

The place is clearly the small boat association I had permission to dive there and did so for 15 years with no problems so has many other divers it is deep there boats come in and out of there all the time there is a channel there,it is deep for the big ships that come thru there.(see the photos)

Freedom of Speech was violated because I had told the officer to get the light out of my eyes he said your

under arrest, for no reason I was in the ocean pass the high tide mark in the channel 35 feet of water with murky visibility.(see the defendants claims)
John Radshaw condridicts what he states as Stonington Town Dock and public place when he made this motion for summary judgement because the place where I was at is the small boat association a public place (see his own motion for summary judgment dated March 25, 2005 PAGE 24)
I EDWARD A . BROWN never mentioned about dismissing any claims against the Stonington police or the town ,tried to agree on a settlement with reimburstment to cover damages incured by the defendants Mr.Radshaw does not want to settle .(see his attached letter)
IEdward A. Brown showed Jerry Desmond and officer Curiuso what the officers had done to me , at that time I had showed them they were having a meeting on use of force in the ajointing room Mr .Desmond put his finger to his lips when a girl arrived from the Day paper I will never forget what they have done,try and cover up the truth ,why lie they will be caught when it is court time .
False imprisonment arrested without a warrent or probable cause held while the police were threating my friend to lie and say things about me that were not true,(see Jeff Mernards deposition)
Claim of Abuse of process made up a slew of charges that were all false plead guilty to no breach of peace charge where does John Radshaw come up with these acusations (see my police record)
Evidence to support my allegations that it was maliciously and willfully,DEP was called ,but did not come because nothing was illegal ,Supervisor Stonington Police new that I was legall, all the officer could have helped but refused to help me .(see ATTACHED DISPATCH paper)
M.
MALICIOUS PROSECUTION (see my own police report)
N. intentional emotional distress on all counts it was very deliberate and all the officers there know this one officer with black hair and a thin beard had made eratic movements with his hands to inspire a fight ,wanted me to lift my arms up to protect myself and beat me up bad while the supervisor shows up .(my own personal deposition)(DR.Bassam Awwa)
Town of Stonington are resposible for its employees if they have officers that disregard the welfare of willful misconduct by officers who deliberatly cause mental and physical pain .
O.
Intentional infliction of emotional Distress caused by the Stonington Police under the juridiction of the Town of Stonington was "extreme and outrageous " it was deleberate and malicious there was no probable cause and no warrent  innocent citizens in a public place denied there constituional rights garrenteed under the constitution.(see enclosed affidavit)
Town of Stonington  is liable for the actions of the defendants it oversee in the town for which it serves to protect the citizens from abuse and making sure peoples rights are not violated .(see attached affidavit)
P.
I EDWARD A. BROWN was denied my 1,4,7,8,9,10,11,and 20  Connecticut Constitutional rights gareenteed to me under the constituion  Jeff Mernard was drinking a soda ,while Edward Brown was scuba diving in a public place not bothering anyone.(see Jeff Mernards deposition ,Edward Browns Deposition,)
There was no reason to bother Jeff Mernard or Edward Brown ,there was no probable cause to bother them or warrent (see affidavit)
Q.
Indemnification  against the Town of Stonington as to there were prior instances in which the Stonington Police have broke into a appartment to arrest the individuals inside , after beating up the innocent people they had learned they had the wrong address .Mike Bradly won the case he personaly told me this information .Articles in the day news paper regarding false arrest .(see attached clippings)
In summary each statement of each material fact is supported by affidavits, supporting documentary evidence ,factual issues requiring a trial contradicting the defendants .I feel with this information summary judgement should be for Edward Brown and should be reinbursted for expenses paid out of pocket and mental and physical pain lost his job working for a military contractor was unemployed for a couple of years ,had to learn a diffrent trade to live and pay bills .I't has affected his ability to concentrate and enjoy life as it should be .(see Bassam Awwa report)

                              THE PLANIFF
                              EDWARD A. BROWN

                                                                       4 MARLENE DRIVE
                                                                      LEDYARD CT . 06339

COPY SENT TO JOHN RADSHAW
HOWD & LUDORF,LLC
65 WEATHERSFIELD AVE.
HARTFORD ,CT 06114-1190

*Edward Brown* (signature)

---

State of Connecticut
County of New London    SS. __Ledyard__

On this the __8th__ day of __March__, 2006 before me, __Calvin K. Brouwer__ the undersigned officer, personally appeared __Edward A. Brown__ , known to me (or satisfactorily proven) to be the person(s) whose name (s) __is__ subscribed to the within instrument and acknowledged that __he__ executed the same for the purposes therein contained. In witness whereof I here unto set my hand.

_____
Signature of Notary Public

                        **CALVIN K. BROUWER**
                             **NOTARY PUBLIC**
Date Commission Expires:   My Commission Expires 1-31-2009