UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, ET AL | : | NO.: 3:01CV2374 (CFD) |
| v. | : | |
| TOWN OF STONINGTON, ET AL | : | APRIL 4, 2006 |

## **DEFENDANTS' MOTION TO STRIKE**

Pursuant to Federal Rules of Civil Procedure § 12(f) and § 56(e), the defendants, **Town Of Stonington, David Erskine, Jerry Desmond, Raymond Curioso, John Carr, and Michael Peckham**, hereby move this Court to strike the plaintiff's Responding [sic] to Motion for Summary Judgment, dated February 25, 2006, in its entirely for his failure to comply with Rule 56(a)2 and/or submit a Rule56(a)2 Statement. The defendants properly apprised the pro se plaintiff of the necessary rules, as required by D.Conn.L.R. 56(b). In the alternative, all factual statements set forth within the defendants' Rule 56(a)1 Statement should be deemed unopposed; thus, admitted. *See* Rule 56(a)1.

Additionally or in the alternative, the defendants move this Court to strike the below referenced factual pleadings set forth in the plaintiffs' Responding [sic] to Motion for Summary Judgment, dated February 25, 2006, and the below referenced exhibits attached to said memorandum. As more particularly set forth in the attached

ORAL ARGUMENT IS NOT REQUESTED

memorandum, the plaintiff cannot rely upon inadmissible hearsay, immaterial documents, conclusory statements and incomplete and/or unauthenticated documents in support of his opposition memorandum.

The following factual information should be stricken from the record:

1. Testimony to be offered by witnesses with no attached deposition transcripts, statements or affidavit evidencing the same;

2. All references to medical records, as none were affixed as supporting exhibits nor has any been disclosed with plaintiff's discovery responses;

3. All factual representations made by Edward Brown, as these representations are not in the form of affidavit or deposition testimony;

4. All communications concerning settlement.

Based on the reasons set forth in the accompanying memorandum, the following exhibits should be stricken from the record:

1.  Purported photos of the boat launch and the plaintiff;
2.  State of Connecticut Request for Pardon;
3.  State of Connecticut Board of Pardons Affidavit (no affidavit submitted);
4.  Purported criminal history printout;
5.  Unverified handwritten statement (author unknown);
6.  Unverified lobster license;
7.  2001 Guidelines for Lobstering;
8.  State of Connecticut Labor Division – benefits paid;
9.  Subpoena for medical records;
10. Medical authorization given to his former counsel;
11. CBHA patient general information form;
12. General information sheet for the drug Paxil;
13. Second medical authorization given to his former counsel;
14. Phone repair bill (for home);
15. Brown's Automotive: towing invoice;
16. Multiple newspaper articles;

17. First page of police incident report;
18. Administrative use of force procedures (partial);
19. Map of Long Island Sound;
20. Internet research re tagging lobsters;
21. DEP map;
22. Plaintiff's unverified interrogatory responses.

WHEREFORE, the defendants respectfully request that this Court grant their Motion to Strike.

                        DEFENDANTS,
                        TOWN OF STONINGTON, DAVID ERSKINE, JERRY DESMOND, RAYMOND CURIOSO, JOHN CARR AND MICHAEL PECKHAM

By   /s/ Beatrice S. Jordan
Beatrice S. Jordan
ct22001
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT  06114-1190
(860) 249-1361
(860) 249-7665 (Fax)
Juris No.:  28228
bjordan@hl-law.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via First Class Mail, to the following pro se plaintiff of record this 4th day of April, 2006.

Edward Brown
4 Marlene Drive
Ledyard, CT 06339

      By___/s/ Beatrice S. Jordan_____
      Beatrice S. Jordan