UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

EDWARD BROWN, ET AL (CFD)                                        NO.:3;01CV2374

V.

TOWN OF STONINGTON, ET AL                                        APRIL, 12, 2006

## LOCAL RULE (a)2 STATEMENT IN CONFORMITY with FED.R. CIV.P.56

1. In refrence to Defendants to Local Rule 56 (a)1 statement dated March 25, 2005, Defendants state that Jeff Mernard had reported to Phillip Hennry on June 29, 2001, that Edward Brown was doing a test dive at the beach.(Page 3, par,13)Henry Statement, Exhibit E )(Menard Deposition Exhibit F, at page. 37).
2. In refrence to Defendants to Local Rule 56 (a) Statement dated March 25, 2005, Page 4 Par.16 Defendants state that I EDWARD BROWN, was at the docks Scuba Diving (Police Report re Jeff Menard, Exhibit B )(Peckham Affidavit,Exhibit C).
3. In refrence to Defendants to Local Rule 56 (a) Statement Dated March 25, 2005, Defendants state that Page 4 Par,17 Menard conceded that he had seen the sighn which read no swimming or diving,(Police Report re Jeffrey Mernard, Exhibit B)(Peckham Affidavit, Exhibit C).
4. In refrence to Defendants to Local Rule 56(a) Statement Dated March 25, 2005, Defendants state that Page 4 Par, 18. That Menard was arrested and charged with Breach of Peace Pursuant to Conn.Gen.Stat.53a-181, and Criminal Trespass pursuant to Conn.Gen.Stat. 53a-109,and was released on a promise to appear .(Police Report re Jeff Mernard, Exhibit B)(Carr Affidavit, Exhibit D ).
5. In refrence to Defendants to Local Rule 56(a) Statement Dated March 25,2005, Defendants state that Page 5Par.24 you made a statement that is not true, based on what Officers Peckam and Carr had said.
6. In refrence to Defendants Local Rule 56(a) Statement Dated March 25,2005, Defendants state that Page 5 Par.28 ,you made a statement that is not true, based on what Officer Peckam and Carr had said.
7. In refrence to Defendants Local Rule 56(a)Statement Dated March 25 ,2005, Defendants state that Page 6Par.33 both officers state that I EDWARD BROWN tripped and fell in the sandy beach Small boat association,(Peckham Affidavit,Exhibit C)(Carr Affidavit Exhibit D).
8. In refrence to Defendant Local Rule 56 (a) Statement Dated March 25, 2005, Defendants state that Page 6 Par,37 my vehicle was searched upon incident to his arrest ,(Police Report re Edward Brown, Exhibit A)(Peckham Affidavit,Exhibit C).
9. In refrence to Defendants Local Rule 56(a) Statement Dated March 25 ,2005, Defendants state that Page 7 Par,38 that I EDWARD BROWN was transported to the police station, upon which I EDWARD BROWN was booked on a slew of charges(Police Report re Edward Brown ,Exhibit A)(Peckham Affidavit,Exhibit C).
10. In refrence to Defendants Local Rule 56 (a) Statement Dated March 25,2005 ,Defendants state that Page 8Par 44. Phillip Henry states he did not see the officers beat up Edward Brown,(July 27, 2001 Henry Statement, Exhibit L).

Please refer to following section entitled "Disputed Issues of Material Fact" Listed in responce to numbered paragraphs.

BY: *Edward Brown*

*April 18, 2006*

CALVIN K. BROUWER
NOTARY PUBLIC
My Commission Expires 1-31-2009

4-18-06

EDWARD A. BROWN
4 Marlene Drive
Ledyard CT. 06339