UNITED STATES DISTRIC COURT
DISTRIC OF CONNECTICUT

EDWARD BROWN, ET AL                                             NO;3;01CV2374
(CFD)

V

TOWN OF STONINGTON, ET AL                                      APRIL 13, 2006

### DISPUTED ISSUES OF MATERIAL FACT

1. Test dive was not done on the night of June 29, 2001 as to I EDWARD BROWN have scuba dive the beach many times through out the years, my mothers husband Carl Morales, has dived with me there many times, we have photos of us on cups, sweatshirts, and guest there took pictures of us scuba diving, this personaly I EDWARD BROWN will bring to trial. Night diving is not a time for test dives, in strange waters.

2. In your answer to Question two, I EDWARD BROWN was not at the docks, but at a nearby beach small boats association, is where I EDWARD BROWN entered and exited the water, there was no sighns at that time that stated "NO SCUBA DIVING or SWIMMING at the Dock " upon entering the area to the beach, the sighns were clearly marked PUBLIC ACCESS, entering the driveway, to the area, next to the beach/playground boat association.(see EDWARD BROWN DEPOSITION )(see JEFF MENARD DEPOSITION)(see photos submitted at my own deposition with pres/ of HEATHER J. WALSH, (NOTARY PUBLIC)(BEATRICE S. JORDAN, ESQUIRE)(EDWARD PHILLIPS ,ESQUIRE) at that time all photos and negatives were submited as EXIBITS for court.(MAY 22, 2003).

3. Defendants state that Jeff Menard had seen a sighn that read no scuba diving, there is no basis of speculating on what Jeff Menard saw any sighn, his deposition does not state any such thing about a sighn that stated "NO SWIMMING or SCUBA DIVING"(see JEFF MENARD DEPOSITION)(see EDWARD BROWN DEPOSITION )(see PHOTOS AND NEGATIVES submitted MAY 22, 2003 EXHIBITS).

4. Defendants state that Jeff Menard was arrested on charges as a result of drinking soda in a public place and trying to explain to the Stonington Police that I EDWARD BROWN was scuba diving for lobsters and was totaly licenced and totaly legal, I went with JEFF MENARD to court, there was no docket no.for JEFF MERNARD or EDWARD BROWN because the proceeding were illegal the arrest was illegal .(see PROMISE TO APPEAR JEFF MENARD )(see EDWARD BROWN APPEARANCE BOND)

5. Defendants state that I EDWARD BROWN, shouted at the officers with profanity, that is a untrue statement, I EDWARD BROWN had a dive hood on with water in my ears, was diorientated from under water had told the officer after I had surfaced and realized that it was not JEFF Mernard that "the licence and    lobster plate permit were in the dash of my vehicle facing out toward the windshield of the S-10 BLACK pick -up truck in the parking lot of the beach access.(see PHOTOS AND NEGATIVES submitted May 22, 2003 )

6. Defendants state that I EDWARD BROWN, used profanity when I was told to stop emptying the lobster bag, I EDWARD BROWN was going by law of not to leave the water past my waist unless checking the lobsters for tags or v- notch lobsters, Ordered in the past by D.E.P. to do this and was only following the law, the light and the gauge where on the lobsters and they were big (4) lobsters were released in front of the officers, they could see that they were legal, because officer Carr told officer Peckham they are big lobsters. I had told them numerous times that I EDWARD BROWN was diving in the ocean past the high tide mark, legally scuba diving in a ocean, all permits were visible to the human eye in wind shield of truck, (see photos and negatives submitted May 22, 2003)(see EDWARD BROWN DEPOSITION)(see JEFF MERNARD DEPOSITION)

7.Defendants state that I EDWARD BROWN ,tripped and fell in the sandy beach  Small boat association ,that is a untrue statement in which bruises on my arm and side show that phisical abuse was presant ,and witnessess that will testify in court that abuse took place .Even showed officer Curioso and JERRY DESMOND the injuries.(JOE WOJAS NEW LONDON DAY PAPER, SEEN BRUISES)(Barbara Brown seen bruises) (JEFF MERNARD seen bruises)(DR. AWWA MEDICAL REPORTS EXHIBIT)(see PHOTOS and Negatives submited May 22, 2006 EXHIBIT).

8.Defendants state that vehicle was searched , with no warrent no probable cause , illegal arrest and towed from the parking lot for unknown reasons .(see Michael Peckham AFFIDAVIT)(see Police Report)

9.Defendants state that I EDWARD BROWN ,was  charged with Breach of peace ,Criminal Trespass ,Interfering with an officer , Possession of Marijuana ,Possession of Drug Paraphernalia ,and Scuba Diving Without Proper Flags,all charges were dropped in court,the case was transfered to court house in Part A court in New London ,Kevin Barrs was the Attorney that represented me in the case ,ALL charges were dismissed  ,Jeff Menards charges were dismissed also ,Kevin Barrs stated that infraction ticket was because by tring to explain to the officers that I was legal showing permits and licence that is a infraction. (see my own police report submitted FEB 25, 2006.)(Judge Susan Handly was presiding judge)(Kevin Barrs Attorney)(Edward Brown deposition)

10.Defendants state that Phillip Henry did not see I EDWARD BROWN ,get beat up by the officers.There is overwhelming evidence to support my claim of excessive use of force ,would prevail if it was to go to trial on  eye witnessess, people that will go to court and testify to this , photos of proof ,Dr. reports , perscriptions ,even there own code book from the Stonington Police dept.(Subpoena for medical records Dr. Awwa)(Photos submitted as exhibit May 22, 2003)(my mother Barbara Brown )(JEFF MENARD eye witness see  deposition)(Joe Wajos the Day Newspaper)(DR.BASSAM AWWA ,New London)

All information listed above is undisputed fact that show I EDWARD BROWN ,of 4 Marlene Drive, Ledyard CT. can prove in court with documantation ,eye witnessess ,Photos of the scene before it was changed, people who can be subponia into court that will testify as to facts,I can personaly identify the officers responsible who acted inaproperitly and used excessive force .I Edward Brown ask the court to admitt all paperwork dated Feb 25, 2006 as evidence to colaberate with Disputed Issues of Material Fact and Local Rule 56 (a)2 Statement.I EDWARD BROWN have spent hours and days to bring this case to justice to try the best that I can representing myself state and federal laws were broken , my constitutional right were denied and my amendments were denied, the police intentionaly cause abuse to me .As a result it costed me money,(loss of employment for two years, unemployment benifits that I had to file for ,Pain from the injuries that were a result of the June 29, 2001 arrest,had to take medicine ordered by Dr. Awwa for intentional emotional distress, caused by the defendants.

                                             PLAINTIFF
                                             EDWARD BROWN
                                             4 MARLENE DRIVE
                                             LEDYARD CT 06339
                                             APRIL 17 , 2006

*[signed] Edward Brown*
*April 18, 2006*

CALVIN K. BROUWER
NOTARY PUBLIC
My Commission Expires 1-31-2009

4-18-06

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed on MARCH 8, 2006 and APRIL 18, 2006 to -

John Radshaw, Esquire
Howd & Ludorf
65 Weathersfield Ave.
Hartford ,Ct. 06114-1190


Judge Christopher Droney
United States Distric Court
450 Main Street
Hartford Ct. 06103

EDWARD BROWN (PRO-SE)

*Edward Brown*

May 2, 2006

## EXPRESS MAIL — Post Office To Addressee
Customer Copy — Label 11-B, March 2004

**Label #:** EQ 603932104 US

### ORIGIN (POSTAL SERVICE USE ONLY)
- PO ZIP Code: 063
- Day of Delivery: Next
- Postage: $18.80
- Date Accepted: Mo. 3 / Day 8 / Year 06
- Scheduled Date of Delivery: Month __ Day __
- Total Postage & Fees: $18.80
- Flat Rate or Weight: 15 lbs 9 oz (approx.)

**FROM:**
EDWARD A. BLOCOS
4 MACINIE DR
LEDYARD, CT 06339

**TO:**
Judge Christopher Droney
United States District Court
450 Main St
Hartford, CT 06103

FOR PICKUP OR TRACKING — Visit www.usps.com — Call 1-800-222-1811

---



**UNITED STATES POSTAL SERVICE**
***** WELCOME TO *****
LEDYARD STATION
LEDYARD, CT 06339-9998
03/08/06 08:57AM

```
Store    USPS           Trans     19
Wkstn    sys5002        Cashier   KF94Q7
Cashier's Name          RICHARD
Stock Unit Id           WINRICHARD
PO Phone Number         860-464-3147
USPS #                  0833690339

1. Exp. Mail PO-ADD                 18.80
   Destination:    06103
   Weight:         15.80 oz.
   Postage Type:   PVI
   Total Cost:     18.80
   Base Rate:      18.80
   Label#:
   EQ603932104US
2. Parcel Post                       3.12
   Destination:    06114
   Weight:         15.00 oz.
   Postage Type:   PVI
   Total Cost:     3.12
   Base Rate:      3.12

Subtotal                            21.92
Total                               21.92

Cash                                22.00
Change Due
   Cash                              0.08

Number of Items Sold: 2
```

---

***** WELCOME TO *****
LEDYARD STATION
LEDYARD, CT 06339-9998
04/18/06 08:42AM

```
Store    USPS           Trans      1
Wkstn    sys5003        Cashier    K
Cashier's Name          LINDA
Stock Unit Id           WINLINDA
PO Phone Number         860-464-31
USPS #                  0833690339

1. EP 6x9 Env - RP
2. EP 6x9 Env - RP
3. First Class
   Destination:    06103
   Weight:         1.90 oz
   Postage Type:   PVI
   Total Cost:     0.63
   Base Rate:      0.63
4. First Class
   Destination:    06114
   Weight:         1.50 oz
   Postage Type:   PVI
   Total Cost:     0.63
   Base Rate:      0.63

Subtotal
Total

Cash

Order stamps at USPS.com/s
1-800-Stamp24.  Go to
USPS.com/clicknship to pri
labels with postage.  For
information call 1-800-ASK
```

---



**UNITED STATES POSTAL SERVICE**
***** WELCOME TO *****
LEDYARD STATION
LEDYARD, CT 06339-9998
03/08/06 09:00AM

```
Store    USPS           Trans     20
Wkstn    sys5002        Cashier   KF94Q7
Cashier's Name          RICHARD
Stock Unit Id           WINRICHARD
PO Phone Number         860-464-3147
USPS #                  0833690339

1. 7.80 Nd Lb/Flg Bk                 7.80

Subtotal                             7.80
Total                                7.80

Cash                                10.00
Change Due
   Cash                              2.20

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.

Number of Items Sold: 1

       Thank You
Please visit us online @
```