01cv2374 mem
01cv 2374 mem off

UNITED STATES DISTRIC COURT
DISTRIC OF CONNECTICUT

EDWARD BROWN , ET AL                                    NO;3;01CV2374

V

TOWN OF STONINGTON, ET AL                              APRIL 16 , 2006

**MEMORANDUM OF LAW LOCAL RULE 7 ,FEDERAL RULE OF CIVIL PROCEDURE 56**

THE PLANIFF EDWARD BROWN  SUBMIT THIS MEMORANDUM IN SUPPORT OF MOTION TO PREVAIL ON ALL CLAIMS IN ITS ENTIRELY.

1.All documants including Local rule 56(a)2 statement ,Disputed issues of Material Fact, and answers to summary judgement.admitted as evidence , to support my claim .

2.Proven facts on June 29, 2001 , I EDWARD BROWN and Jeff Menard had gone to the Small Boat Association in the Town of  Stonington .The purpose of the dive in which EDWARD BROWN was to do was to scuba dive for lobsters .

3.Jeff Menard was to watch EDWARD BROWN ,scuba dive for lobsters on shore while Edward Brown dove for lobsters off the beach of the small boat association ,there was no problem as it was a dive just like many that were done in the past  over the years .

4.Police (STONINGTON) arive to the scene to a" unknown disturbance "in which Henry Phillips states that a scuba diver is diving and a fellow is watching him .Not bothering anyone , minding there own buisness.

5.Police (STONINGTON)arrest Jeff Menard in a public place drinking a soda on two charges listed in his police report.In which were later dismissed in court .

6.Police (STONINGTON) tell EDWARD BROWN he is under arrest after surfacing in the ocean from 35 feet down with a bright flash light in his eyes .Legally scuba diving for lobsters with permits and exited and entered from the small boat association .

7.Intentional infliction of Pain and emotional distress upon leaving the ocean ,being thrown into the rocks ,pulled up to the beach in full dive gear ,officer making sudden movements up by the truck , after showing the permits off dash of the truck . Punches suffered by officer after supervisor leaves the scene , thrown against the crusier , hand cuffs to tight , hurting my hands , eye witness Jeff Menard witness this.

8.No warrent , NO probable cause ,arresting inocent citizen legally scuba diving not bothering anyone , causing injury to EDWARD BROWN , for no reason the supervisor himself said "LET MR. BROWN GO." himself than left the scene , why did the officers act the way they did ?Why all the made up charges ,how can they substanuate the charges.Why the violence from the officers ?These questions are constantly in my mind all of the time . never forget what they have done .Defendants want imunity .

9.The officer even lied about the lobster licence saying it was expired in which it was not expired ,had Phillip Henry change his statement to a diffrent story to justify why the police beat me up .

10.The fact is , the arrest has caused physical harm , emotional harm , economical harm . and long term hardship for EDWARD BROWN .

11.Offered to settle with John Radshaw but states he is not intrested in settlement for my expenses or lost

wages in being laid off from TLS and DESIGN MANUFACTURING as a result of the JUNE 29 , 2001
arrest .

12. Will take the case to court by myself (PRO-SE) to claim my expenses .

PLAINIFF
EDWARD BROWN
4 MARLENE DRIVE
LEDYARD CT 06339

*Edward Brown*

*April 18, 2006*

**CALVIN K. BROUWER**
*NOTARY PUBLIC*
My Commission Expires 1-31-2009

4-18-06

THE DAY, SATURDAY, APRIL 15, 2006

# LETTERS TO THE DAY

## Confusion in Ledyard zoning, building office

**To the Editor of The Day:**

Ledyard Mayor Susan Mendenhall fails to hire competent help at Town Hall. Building office staff and zoning office staff are lacking in their ability to help customers with questions and permits. My construction business deals with permits from towns in the area. Last year I tried to obtain a permit with the town Building Department and it was prolonged for weeks. Finally the customer decided against the work, because of a long wait.

This year we went for a permit for remodeling a garage. A woman with the Building Department said that I did not need a zoning permit, just a building permit, so I purchased the building permit. Week one went by and Building Department called the customer to say that a zoning permit indeed is needed. In week two, the customer filled out a zoning permit and at the end of the week, someone in the Building Department called the customer to say a zoning permit is not needed. In week three, the customer filled out paperwork for a building permit, and the woman with the Building Department told me it probably would not get approved because of issues with smoke detectors and electrical outlets.

At this point, the customer is angry and losing patience with the Building Department.

I spoke to the mayor and the mayor's assistant about this and they admit that they are receiving a lot of complaints. I hope the town will hire additional help. That job cost me money, and the customers were very upset with the town. The customers called me numerous times to voice their anger about the Building and Zoning departments, which are in the same room at Town Hall.

**Edward Brown**
**Ledyard**

## Plenty of oil, but can anyone afford it?

**To the Editor of The Day:**

The supply of fossil fuels — such as oil, gas, coal — is finite, but consumers' ability to pay for it is somewhat limited (elastic). As Dr. John M. Hunt, who started the first Geochemistry Division of what became EXXON, pointed out in the early 1980s, the problem is that over time the average size of new oil reservoirs are generally decreasing as the largest reservoirs are, logically enough, tapped first.

So, in the long-term, given current usage practices, it is virtually inevitable that prices will continue to increase as reservoirs are depleted. Perhaps the recent discussion of "oil abundances" might be well re-focused to address acceptable prices, or how prices are determined.

In general, in the long-term, prices will increase with reservoir depletion. When every oil-drilling company has stopped drilling because consumers can't afford oil, there will still be "a lot" of "uneconomic oil" left in the group. The questions of abundance and price are intimately linked.

**John P. Jasper, Ph.D.**
**Niantic**

# SAWYER LAW FIRM, LLC

Attorneys at Law
The Jill S. Sawyer Building
251 Williams Street
New London, CT 06320 U.S.A.
(860) 442-8131
(860) 442-4131 FAX

April 7, 2006

Mr. Edward Brown
4 Marlene Drive
Ledyard, CT 06339

     Re: Federal Lawsuit Hartford
       Ledyard Permit Issues

Dear Mr. Brown:

     Thank you for visiting my office. As we discussed, this firm would not be in a position to assist you in your case against the Town of Stonington or in your potential case against Ledyard. We expressed no opinion as to the viability of either claim.

     I wish you luck.

                       Very truly yours,

                       Scott W. Sawyer

SWS/cs

# SAWYER LAW FIRM, LLC
Attorneys at Law
The Jill S. Sawyer Building
251 Williams Street
New London, CT 06320 U.S.A.
(860) 442-8131
(860) 442-4131 FAX

April 10, 2006

Mr. Edward Brown
4 Marlene Drive
Ledyard, CT 06339

Re: Consult April 6, 2006

Dear Mr. Brown:

It was a pleasure for Attorney Sawyer to meet with you at the office to discuss the Federal lawsuit in Hartford and the Ledyard permit issues you are dealing with. Please accept the following as billing for services rendered:

Consult with Attorney Sawyer on Thursday, April 6, 2006 for a total of $75.00. Please send your payment to this office at your earliest convenience. Please make your check payable to Scott W. Sawyer, Esq. Thank you for your attention to this matter.

Very truly yours,

Carol Skalski

Carol Skalski
Legal Assistant

Cs/bh

TO: Any Proper Officer of the State of Connecticut                                          (See Distribution Instructions on Bottom)

| FROM (Name of defendant) | ADDRESS OF DEFENDANT | TELEPHONE NO. |
|---|---|---|
| MCNARD, JEFFREY | 35 GARDEN ST, NORWHICH | (860) 889-085 |

| JUDICIAL DISTRICT OR G.A. COURT | ADDRESS OF COURT | DOCKET NO. |
|---|---|---|
| 10 | 112 BROAD ST NEW LONDON | |

| CRIME(S) CHARGED AGAINST DEFENDANT | APPEARANCE DATE AND TIME (Initial appearance not more than 14 days after date of arrest) |
|---|---|
| 53A·109 CRIM.TRES / 53A·191 BOB | 07·12·01    1000 A .M |

## PROMISE TO APPEAR

I, the above-named defendant, PROMISE TO APPEAR; (1) before the Superior Court at the court location noted above on the APPEARANCE DATE and the TIME SPECIFIED above; (2) at any other date and time to which the charge(s) against me may be continued; (3) in any other court to which the charge(s) against me may be transferred; and (4) at any other date and time at which a hearing on conditions of release is held.

I understand that IF I FAIL TO APPEAR, in accordance with the foregoing promise, I WILL BE COMMITTING THE CRIME OF FAILURE TO APPEAR and be subject to the following:

(1) IMMEDIATE ARREST, OR ISSUANCE OF A CAPIAS
(2) ONE YEAR IN PRISON OR $2,000 FINE OR BOTH if I am charged with a MISDEMEANOR(S)/MOTOR VEHICLE VIOLATION OR FIVE YEARS IN PRISON OR $5,000 FINE OR BOTH

if I am charged with a FELONY(ies).

I also understand that if a bail commissioner believes that I will not appear in court as required, the bail commissioner may petition the court and the court may issue a capias.

I also promise to satisfy all the non-financial conditions of release stated below.

I also understand that IF I FAIL TO SATISFY ANY OF THESE CONDITIONS, THE COURT MAY MODIFY OR ADD ADDITIONAL CONDITIONS OR MAY REVOKE THE PROMISE TO APPEAR.

I have read/had read to me the notice on the back side of this form and I understand the notice.

| CONDITIONS OF RELEASE (Court may add other conditions) |
|---|
| 1. Do not commit a federal, state or local crime. |

| SIGNED (Defendant) X | DATE SIGNED (mo., day, yr.) 06·30·01 |
|---|---|
| SIGNED (Parent or Guardian if minor) | DATE SIGNED (mo., day, yr.) |

Subscribed to before me. Defendant advised of the above penalties and furnished with a copy of this promise and the notice on the back side hereof.

| SIGNED (Police Officer/Assistant Clerk/Bail Comm.) | DATE SIGNED 06·30·01 | JOB TITLE PTLM | POLICE DEPT. (If applicable) STONINGTON |
|---|---|---|---|

## A: Cualquier Oficial Apropiado Del Estado de Connecticut

| DE (Nombre del Acusado) | DIRECCIÓN DEL ACUSADO | TELÉFONO |
|---|---|---|

| DISTRITO JUDICIAL O TRIBUNAL G.A. | DIRECCIÓN DEL TRIBUNAL | NÚMERO DE ARCHIVO |
|---|---|---|

| DELITO(S) DE QUE SE LE ACUSA | FECHA Y HORA DE COMPARECENCIA (1ra comparecencia no más de 14 días después del día del arresto) .M |
|---|---|

## PROMESA DE COMPARECER

Yo, el Acusado arriba nombrado, PROMETO COMPARECER; (1) Ante el Tribunal Superior en la localidad nombrada y la FECHA Y HORA DE COMPARECENCIA especificada; (2) en cualquier otra fecha y hora a la cual el (los) cargo(s) sean aplazados; (3) en cualquier otro Tribunal al cual se transfiera(n) el (los) cargo(s); y (4) en cualquier fecha y hora en que una vista tome lugar para hablar sobre las condiciones de libertad.

Yo entiendo que si NO COMPAREZCO ante el tribunal, de acuerdo a ésta promesa, YO ESTARE COMETIENDO EL DELITO DE NO PRESENTARME ANTE EL TRIBUNAL y seré sujeto a las siguientes penalidades:

(1) ARESTO INMEDIATO O SE DICTARÁ ORDEN DE ARRESTO.
(2) UN AÑO EN LA CARCEL O $2,000 DE MULTA O AMBOS si se me acusa de un cargo(s) menor(es)/violacion de vehiculo o CINCO AÑOS DE CARCEL O $5,000 DE MULTA O AMBOS si se me acusa de un DELITO(S) MAYOR(ES).

También entiendo que si el comisionado de fianzas piensa que no voy a comparecer ante el Tribunal, como se requiere, el comisionado de fianzas puede pedir al Tribunal, y el Tribunal puede otorgar una orden de retención.

También prometo satisfacer todas las condiciones de libertad no financieras abajo establecidas.

También entiendo que SI FALLO EN SATISFACER ALGUNA DE ESTAS CONDICIONES, EL TRIBUNAL PUEDE MODIFICAR LAS CONDICIONES O AÑADIR [CONDICION]ES ADICIONALES O PUEDE REVOCAR MI PROMESA DE COMPARECER.

| CONDICIONES DE LIBERTAD (El Tribunal puede añadir condiciones adicionales) | For Court Use |
|---|---|
| 1. No cometer un crimen federal, estatal ó local. | |

Yo he leído/me han leído la notificón en la parte trasera de este formulario y entiendo la notificación.

| FIRMA (Acusado) X | FECHA | FIRMA (Padre, Madre o Guardián si es menor) | FECHA |
|---|---|---|---|

Suscrito y jurado ante mí. Al acusado se le ha dado aviso de las penalidades arriba citadas y se le ha dado una copia de ésta promesa y la notificación en la parte trasera de esto.

| FIRMA (Oficial de Policía, Ayudante a Secretario, Com. de Fianzas) | FECHA EN QUE FUE FIRMADO |
|---|---|

| TÍTULO DEL TRABAJO | DEPARTAMENTO DE POLICÍA | SUPERIOR COURT DOCKET NO. |
|---|---|---|

DISTRIBUTION: WHITE - Send to Clerk of Court    YELLOW - Send to Bail Commissioner    PINK - Give to Defendant    **PROMISE TO APPEAR**
DEFENDANT