UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

EDWARD BROWN

    v.                              CIVIL NO: 3:01CV2374 (CFD)

TOWN OF STONINGTON, ET AL.

**APPOINTMENT OF PRO BONO COUNSEL**

Pursuant to Local Rule 83.10 and at the Court's request, Norman A. Pattis, Esquire, 649 Amity Road, P.O. Box 280, Bethany, Connecticut 06524, Tel: (203) 393-3017 is appointed as counsel for the plaintiff, Edward Brown, in the above-captioned case. Counsel is directed to file a pro bono appearance in this case and contact the plaintiff as soon as possible.

Dated at Bridgeport, Connecticut this 17th of December, 2007.

                                              Roberta D. Tabora, Clerk
                                              By

                                              /s/ Cynthia Earle

                                              Cynthia Earle,
                                              Staff Attorney