UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN | : | APPEARANCE |
| | : | |
| vs. | : | Case Number: 3:01cv2374 (CFD) |
| | : | |
| TOWN OF STONINGTON, ET AL | : | January 02, 2008 |

**To the Clerk of this court and all parties of record:**

    Enter my Pro Bono appearance as counsel in this case for *EDWARD BROWN.*


  January 2, 2008                                  _/s/_____
Date                                                        Signature

ct13120                                           Norman A. Pattis
Connecticut Bar Number                    Print Clearly or Type Name

203-393-9745                               649 Amity Road, P.O. Box 280
Fax Number                                          Address

npattis@sbcglobal.net                Bethany, CT 06524-0280
E-mail address

**CERTIFICATION**

This is to certify that a copy of the foregoing, Appearance, was mailed using U.S. Mail, this 2nd day of January 2008, to the following counsel of record:

Attorney Alexandria L. Voccio
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Atttorney John J. Radshaw III
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

Attorney Thomas R. Gerarde
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

By:__/s/_____
NORMAN A. PATTIS
Law Offices of Norman A. Pattis, LLC