## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, | : | |
|     Plaintiff | : | Civil Action No. 3:01-CV-2374(CFD) |
| | : | |
| v. | : | |
| | : | |
| THE TOWN OF STONINGTON, et al, | : | |
|     Defendant. | : | |

### ORDER

In light of the appearance of counsel for the plaintiff, the defendants' motion for summary judgment [Dkt. #82] is hereby reinstated. The plaintiff is directed to supplement his response to the defendants' motion for summary judgment by January 23, 2008.

**SO ORDERED** this _8th__th day of January 2008, at Hartford, Connecticut.

/s/ Christopher F. Droney
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**