UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN | : | 3:01cv2374 (CFD) |
| | : | |
| vs. | : | |
| | : | |
| TOWN OF STONINGTON, ET AL | : | February 1, 2008 |

## PLAINTIFF'S FIRST  MOTION FOR EXTENSION OF TIME
## TO RESPOND TO SUPPLEMENT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The plaintiff, Edward Brown, respectfully requests an extension of time of thirty (30) days within which to supplement his response to the motion of summary judgment tendered on him by the defendants.  In support of this motion, the undersigned represents as follows;

1.   I am the lawyer for Edward Brown, the plaintiff in this action.

2.    The Court appointed me Pro Bono counsel for the plaintiff on December 17, 2007. My appearance in this matter was filed on January 3, 2008.

3.   On January 8, 2008, the Court reinstated the defendants' motion for summary judgment. Plaintiff had until January 23, 2008, to supplement his response to the defendants' motion for summary judgment.

4.   I am in the process of reviewing the file, and drafting the plaintiff's supplemental response to the motion for summary judgment.

5. Because of other court and office commitments I have been unable to complete the plaintiff's supplemental response and I am requesting additional time.

6. I contacted my adversary, Attorney Beatrice S. Jordan, to ascertain her position on this motion. Attorney Jordan consents to the granting of this motion.

WHEREFORE, I am requesting an extension of time of thirty (30) days up to and including March 1, 2008, in which to file the plaintiff's supplemental response to the defendants' motion for summary judgment.

```
                              BY:___/s/_____
                              Norman A. Pattis, Esquire
                              Fed Bar No. Ct13120
                              Law Offices of Norman A. Pattis
                              649 Amity Road, P.O. Box 280
                              Bethany, CT 06524
                              Tel No. 203.393.3017
                              Fax No. 203.393.9745
```

**CERTIFICATION**

This is to certify that a copy of the foregoing, Appearance, was mailed using U.S. Mail, this 1st day of February 2008, to the following counsel of record:

Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

```
                              By:_____
                               /s/
_____
                              NORMAN A. PATTIS
                              Law Offices of Norman A. Pattis
```