UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN | : | 3:01cv2374 (CFD) |
| vs. | : | |
| TOWN OF STONINGTON, ET AL | : | February 21, 2008 |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO SUPPLEMENT DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The plaintiff, Edward Brown, respectfully requests an extension of time of thirty (30) days, up to and including March 23, 2008, within which to supplement his response to the motion of summary judgment tendered on him by the defendants. In support of this motion, the undersigned represents as follows;

1. I am the lawyer for Edward Brown, the plaintiff in this action.

2. The Court appointed me Pro Bono counsel for the plaintiff on December 17, 2007. My appearance in this matter was filed on January 3, 2008.

3. On January 8, 2008, the Court reinstated the defendants' motion for summary judgment. Plaintiff had until January 23, 2008, to supplement his response to the defendants' motion for summary judgment.

4. I am in the process of reviewing the file, and drafting the plaintiff's supplemental response to the motion for summary judgment.

5.   I have been on trial in the Waterbury Judicial District, on the case <u>Rabia Ali v. Diane Polan</u>, UWY-X10-cv-03-4010591-s. I have also just completed an Appellate Court brief in a murder case entitled, <u>State of Connecticut v. Gregg Madigosky</u>, A.C. 27689. For these reasons, the undersigned has been unable to complete the plaintiff's supplemental response to the defendants' motion for summary judgment.

6.   I contacted my adversary, Attorney Beatrice S. Jordan, to ascertain her position on this motion. Attorney Jordan consents to the granting of this motion.

**WHEREFORE**, I am requesting an extension of time of thirty (30) days up to and including March 23, 2008, in which to file the plaintiff's supplemental response to the defendants' motion for summary judgment.

```
BY:___/s/_____
Norman A. Pattis, Esquire
Fed Bar No. Ct13120
Law Offices of Norman A. Pattis
649 Amity Road, P.O. Box 280
Bethany, CT 06524
Tel No. 203.393.3017
Fax No. 203.393.9745
```

## **CERTIFICATION**

    This is to certify that a copy of the foregoing, Appearance, was mailed using U.S. Mail, this 21st day of February 2008, to the following counsel of record:

Attorney Beatrice S. Jordan  
Howd & Ludorf  
65 Wethersfield Avenue  
Hartford, CT 06114

By:_____  
/s/  
NORMAN A. PATTIS  
Law Offices of Norman A. Pattis