UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN | : | 3:01cv2374 (CFD) |
| vs. | : | |
| TOWN OF STONINGTON, ET AL | : | March 11, 2008 |

**MOTION TO WITHDRAW APPEARANCE**

    The undersigned counsel, respectfully requests permission from the court to withdraw his appearance in this matter. In support of this motion, the undersigned represents as follows;

    1.    I am the lawyer for Edward Brown, the plaintiff in this action.

    2.    The Court appointed me Pro Bono counsel for the plaintiff on December 17, 2007. My appearance in this matter was filed on January 3, 2008.

    3.    I have requested on several occasions a meeting with Mr. Brown at my law office in Bethany, Connecticut. Mr. Brown has failed to travel to my office. Mr. Brown has insisted on meeting me at my satellite office in New London, Connecticut. I am unable to meet Mr. Brown at the New London Office.

    4.    My assistant called Mr. Brown on March 11, 2008, to again inquire if he could meet me in my Bethany office. Mr. Brown responded by saying that he could not drive to Bethany, he did not have a vehicle reliable enough to make the journey.

5.  Under these circumstances I am not able to properly represent Mr. Brown. I am requesting to withdraw my pro bono appearance and have another pro bono attorney represent Mr. Brown.

**WHEREFORE,** I am requesting that the court grant his motion to withdraw my appearance.

```
BY:_____
Norman A. Pattis, Esquire
Fed Bar No. Ct13120
Law Offices of Norman A. Pattis
649 Amity Road, P.O. Box 280
Bethany, CT 06524
Tel No. 203.393.3017
Fax No. 203.393.9745
```

## **CERTIFICATION**

This is to certify that a copy of the foregoing, Appearance, was mailed using U.S. Mail, this 11th day of March 2008, to the following counsel of record:

Attorney Beatrice S. Jordan
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114

```
By:_____
Law Offices of Norman A. Pattis
```