UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| EDWARD BROWN : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO.: |
| v. : | 3-01-cv-2374 (CFD) |
| : | |
| TOWN OF STONINGTON, : | APRIL 4, 2008 |
| ET AL : | |
|     Defendants : | |

## RULING AND ORDER

Attorney Norman Pattis seeks to withdraw as pro bono counsel for the plaintiff. The Motion to Withdraw Appearance [**Dkt. # 114**] is **GRANTED**.

Pursuant to Local Rule 83.10 and at the Court's request, John F. Geida, Esquire, 649 Amity Road, P.O. Box 280, Bethany, Connecticut 06524, Tel: (203) 393-3017 is appointed as pro bono counsel for the plaintiff, Edward Brown, in the above-captioned case. Counsel is directed to file a pro bono appearance in this case and contact the plaintiff as soon as possible.

**SO ORDERED.**

Dated at Hartford, Connecticut this 4th of April, 2008.

/s/ Christopher F. Droney
Christopher F. Droney
United States District Judge