# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

Case Number:  3:01-cv-02374(CFD)

To the Clerk of this court and all parties of record:

Please enter my appearance in this case as counsel for PLAINTIFF, EDWARD BROWN.

| | |
|---|---|
| June 30, 2008 | /s/ John F. Geida /s/ |
| Date | Signature |
| | |
| ct27468 | The Law Offices of Norman A. Pattis, LLC |
| | |
| (203) 393-3017 | 649 Amity Road, PO Box 280 |
| Phone | |
| | Bethany, CT 06524 |
| (203) 393-9745 | |
| Fax | |
| | |
| jgeida@pattislaw.com | |
| email address | |

This is to certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ John F. Geida /s/