UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, | : | |
|     Plaintiff, | : | 3:01-CV-02374 (CFD) |
| | : | |
|     v. | : | |
| | : | |
| TOWN OF STONINGTON, ET AL, | : | |
|     Defendants | : | July 10, 2008 |

**MOTION TO WITHDRAW APPEARANCE**

The undersigned counsel respectfully requests permission to withdraw his appearance in this matter. In support thereof, the undersigned represents as follows:

1. I am the attorney for Edward Brown, the plaintiff in this action.

2. I was appointed to represent Mr. Brown pursuant to the rules of the Court's pro bono panel, and have filed an appearance in this matter.

3. I am requesting permission to withdraw from this matter due to the fact that if I am to continue in this case I would be required to engage in an unreasonable course of conduct.

4. I have met with Mr. Brown, we have communicated about his case, on several occasions, and we have discussed the merits of his case and the various claims therein.

5. Due to the strictures of the attorney/client privilege, it must suffice to state at this point that I cannot perform my obligations as attorney consistent with the provisions of Rule 11 of the Federal Rules of Civil Procedure.

6. Under these circumstances, I am not able to properly represent Mr. Brown.

7. I have communicated my intentions to be relieved from this matter.

8. As such, due to this conflict, I am requesting permission to withdraw my pro bono appearance, and be relieved from representing Mr. Brown.

9. I have filed this motion via the Court's electronic filing system, and have mailed a hard copy of this motion to Mr. Brown.

10. Additionally, prior to the filing of this motion, I contacted Beatrice S. Jordan, attorney for the Defendants, and informed her of the fact that this motion would be filed today.

WHEREFORE, I am respectfully requesting that the Court grant my motion to withdraw my appearance.

RESPECTFULLY SUBMITTED,
THE PLAINTIFF,

BY:   /s/   John F. Geida   /s/
John F. Geida, Esq.
Fed. Bar No. ct27468
The Law Offices of Norman A. Pattis, LLC
649 Amity Road, PO Box 280
Bethany, CT 06524
Tel. 203-393-3017
Fax. 203-393-9745

**CERTIFICATION**

I hereby certify that on July 10, 2008, a copy of the foregoing MOTION TO WITHDRAW APPEARANCE was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ John F. Geida /s/
John F. Geida
Fed. Bar No. ct27468
Law Offices of Norman A. Pattis LLC
649 Amity Road, PO Box 280
Bethany, CT 06524
Tel: (203) 393-3017
Fax: (203) 393-9745