UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, | : | |
|     Plaintiff, | : | 3:01-CV-02374 (CFD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF STONINGTON, ET AL, | : | |
|     Defendants | : | July 16, 2008 |

## PLAINTIFF'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

The plaintiff, Edward Brown, by and through his undersigned counsel, hereby objects to Defendant's Motion for Summary Judgment and in opposition thereto submits the following:

1. The plaintiff's Local Rule 56(a)(2) Statement and Counter Statement of disputed material facts;

2. Exhibits A and B, and;

4. Memorandum of Law.

For the reasons more clearly set forth in the accompanying memorandum of law, the plaintiff respectfully submits that there is sufficient evidence upon which a jury may conclude that the defendants used excessive force against Mr. Brown and violated his First Amendment rights.

WHEREFORE, for these reasons and those more fully set forth in the accompanying exhibits and memorandum, the defendant's motion must be denied.

        Respectfully submitted,

        THE PLAINTIFF,

        EDWARD BROWN

BY:   /s/ John F. Geida /s/
        John F. Geida, Esq.
        Fed Bar No. Ct27468
        The Law Office of Norman A. Pattis, LLC
        649 Amity Road, PO Box 280
        Bethany, CT 06524
        Tel. 230.393.3017
        Fax. 203.393.9745

        His Attorney

## **C E R T I F I C A T I O N**

I hereby certify that on July 16, 2008, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY: /s/ John F. Geida /s/
       John F. Geida, Esq.
       Fed Bar No. Ct27468
       The Law Office of Norman A. Pattis, LLC
       649 Amity Road, PO Box 280
       Bethany, CT 06524
       Tel. 230.393.3017
       Fax. 203.393.9745

       His Attorney