STATE OF CONNECTICUT    RPLR-86 Rev. 12/2000
Department of Environmental Protection

2001 Personal Use Lobster License

The person named below is licensed to set and tend not more than ten lobster pots, traps or similar devices or to take lobsters by skin diving, SCUBA diving or by hand for personal use but NOT FOR SALE.

Instructions:

1. The license at right is not valid until signed.
2. Detach the license as indicated at right, and carry it with you during all times you are engaged in the licensed activity.
3. Affix the enclosed color coded decal to your "CT FISH" license plate and display the plate in a conspicuous position when engaged in the licensed activity.
4. Read the enclosed guidelines and notices.

EDWARD A BROWN
4 MARLENE DR
LEDYARD, CT 06339

If your address or vessel information changes please contact DEP licensing and Revenue at (860) 424-3105

---

DETACH AND DISCARD

CUT HERE

By signing this license, I agree that at any time and without delay, I shall permit any law enforcement officer to board any of my vessels and enter upon my premises to inspect the catch, nets, traps and other devices used for taking or holding finfish, crustaceans, shellfish, squid or horseshoe crabs to determine compliance with Title 26 of the General Statutes as amended.

This license expires on December 31, 2001

X _[signature]_
SIGNED (Licensee)

...................... Fold Here ......................

STATE OF CONNECTICUT
Department of Environmental Protection

2001 Personal Use Lobster License

87        71290         02/19/1969
TYPE      PLATE NO.     DATE OF BIRTH

EDWARD A BROWN
4 MARLENE DR
LEDYARD, CT 06339

Commissioner: Arthur J. Rocque Jr.