UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, | : | |
| Plaintiff, | : | 3:01-CV-02374 (CFD) |
| | : | |
| v. | : | |
| | : | |
| TOWN OF STONINGTON, ET AL, | : | |
| Defendants | : | July 14, 2008 |

**MOTION TO WITHDRAW MOTION TO WITHDRAW APPEARANCE**

The undersigned counsel respectfully requests permission to withdraw his motion to withdraw his appearance. In support thereof, the undersigned represents as follows:

1. I am the attorney for Edward Brown, the plaintiff in this action.

2. I was appointed to represent Mr. Brown pursuant to the rules of the Court's pro bono panel, and have filed an appearance in this matter.

3. As previously stated in the Motion to Withdraw, I have had conversations with Mr. Brown concerning his case.

4. On Friday, July 11, 2008, I had another conversation with Mr. Brown wherein we came to an agreement regarding my representation of him vis a vis the strictures of Rule 11 of the Federal Rules of Civil Procedure.

5. I thereafter phoned the Court, to inform Your Honor of my intentions to withdraw my Motion to Withdraw my appearance in this matter.

6. Although I have been delayed approximately two days, I believe I will be able to adhere to the schedule set to respond to the Defendants' Motion for Summary Judgment.

WHEREFORE, I respectfully request permission to withdraw my motion to withdraw my Appearance.

    RESPECTFULLY SUBMITTED,
    THE PLAINTIFF,

BY:    /s/    John F. Geida   /s/
    John F. Geida, Esq.
    Fed. Bar No. ct27468
    The Law Offices of Norman A. Pattis, LLC
    649 Amity Road, PO Box 280
    Bethany, CT 06524
    Tel. 203-393-3017
    Fax. 203-393-9745

**CERTIFICATION**

I hereby certify that on July 14, 2008, a copy of the foregoing MOTION TO WITHDRAW MOTION TO WITHDRAW APPEARANCE was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    /s/ John F. Geida /s/
    John F. Geida
    Fed. Bar No. ct27468
    Law Offices of Norman A. Pattis LLC
    649 Amity Road, PO Box 280
    Bethany, CT 06524
    Tel: (203) 393-3017
    Fax: (203) 393-9745