# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN | : | |
|     Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 3-01-cv-2374 (CFD) |
| TOWN OF STONINGTON, ET AL | : | |
|     Defendants | : | JULY 28, 2008 |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

   ___   All purposes except trial, unless the parties consent to trial before the Magistrate Judge

   ___   A ruling on all pretrial motions except dispositive motions

   ___   To supervise discovery and resolve discovery disputes

   ___   A recommended ruling on damages

   ___   A ruling on the following motion(s) which are currently pending

   √   A settlement conference

   ___   A discovery conference

   ___   Other:

**SO ORDERED.**

Dated this 28th day of July, 2008, at Hartford, Connecticut.


                               /s/ Christopher F. Droney
                               Christopher F. Droney
                               United States District Judge