UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| EDWARD BROWN, | : | |
|     Plaintiff | : | Civil Action No. 3:01CV2374(CFD) |
| | : | |
| v. | : | |
| | : | |
| THE TOWN OF STONINGTON, | : | |
| ET AL, | : | |
|     Defendant. | : | |

## RULING ON MOTION FOR RECONSIDERATION

The defendants seek reconsideration of the Court's denial of summary judgment as to Brown's claim that Captain Desmond violated his rights under the First Amendment to the United States Constitution. According to the defendants, the Court did not have before it evidence by the plaintiff clarifying the nature of the harassment to which he claims Captain Desmond subjected him. However, the deposition text the defendants cite does not alter the existence of genuine issues of fact material to whether Captain Desmond harassed Brown during an interview concerning Brown's police complaint. A reasonable jury could find that a police captain coming to Brown's home and slamming Brown telephone down hard enough to break it would be sufficient to deter a similarly situated individual of ordinary firmness from pursuing his complaint. See Davis v. Goord, 320 F.3d 346, 353 (2d Cir. 2003).

Thus, the defendants' motion for reconsideration [Dkt. # 132] is hereby DENIED.

**SO ORDERED** this 5th day of September 2008, at Hartford, Connecticut.

/s/ Christopher F. Droney
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**